AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| IOT INNOVATIONS LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 9:23-cv-81528-RLR | |
| SOMFY SYSTEMS, INC. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Somfy Systems, Inc.
c/o Yilmaz Ozturan, CEO of Somfy Systems Inc.
121 Herrod Blvd.
Dayton, NJ 08810

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian R. Gilchrist
ALLEN, DYER, DOPPELT + GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Orlando, FL 32801
(407) 841-2330
bgilchrist@allendyer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Dec 1, 2023

s/ N. Cubic
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court