IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 2023-CV-81528-ROSENBERG

IOT INNOVATIONS LLC,

        Plaintiff,

v.

SOMFY SYSTEMS INC.,

        Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

Plaintiff IoT Innovations LLC ("IoT"), pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 6(b), hereby moves for an enlargement of time for Defendant Somfy Systems Inc. ("Somfy" or "Defendant") to serve its response to the Complaint [DE 1] filed in this matter, and states as follows:

1. The Complaint concerns alleged patent infringement involving five U.S. Patents owned by IoT and seeks injunctive relief and monetary damages.

2. On December 8, 2023, IoT served a copy of the Complaint on Somfy's registered agent. *See* DE 9.

3. Counsel for Somfy has only recently been retained and has requested additional time to evaluate the allegations in the Complaint and assist Somfy with its response.

4. Counsel for Somfy has, therefore, requested additional time to prepare Somfy's response.

5. Fed. R. Civ. P. 6(b) permits a Court to extend the time for a party to prepare a response on upon motion by a party.

6. IoT does not object to the requested extension.

7. In accordance with S.D. Fla. L.R. 7.1(a)(2), attached hereto is a proposed order granting the relief requested herein.

WHEREFORE, IoT respectfully requests that the Court enter an Order granting Somfy an enlargement of time of 30 days, up to and including February 5, 2024, in which to serve its response to the Complaint.

## PRE-FILING CONFERENCE CERTIFICATION

In accordance with S.D. Fla. L.R. 7.1(a)(3), counsel for the Parties have conferred by e-mail in a good faith effort to resolve the issues raised in the motion. Defendant does not oppose the relief sought herein.

Dated: January 5, 2024                               Respectfully submitted,

By: /s/ Brian R. Gilchrist

Brian R. Gilchrist, Esq., FL Bar #774065
Email: bgilchrist@allendyer.com
**ALLEN, DYER, DOPPELT + GILCHRIST, PA**
255 South Orange Avenue, Suite 1401
Orlando, Florida 32801
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

*Attorneys for Plaintiff IOT INNOVATIONS LLC*

<u>**Of Counsel**</u>
James F. McDonough, III (GA 117088) *
**ROZIER HARDT MCDONOUGH, PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

* Admission *pro hac vice* anticipated