IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 9:23-CV-81528-ROSENBERG/Reinhart

IOT INNOVATIONS LLC,

        Plaintiff,

v.

SOMFY SYSTEMS INC.,

        Defendant.

### [PROPOSED] SCHEDULING ORDER

THIS CAUSE is set for trial during the Court's two-week trial calendar beginning on _____. The Calendar Call will be held at 9:30 a.m. on _____. This case is set on the Standard Track and the Court sets for the following deadlines for which the parties shall adhere:

### I.     PRETRIAL DEADLINES

The pretrial deadlines in this case, which shall not be modified absent compelling circumstances, are as follows:

**March 6, 2024**: Service of Initial Disclosures (if not provided earlier).

**May 1, 2024**: Deadline for joinder of any additional parties.

**May 22, 2024**: Deadline for the parties to file amended pleadings without leave of court.

**November 11, 2024**: All fact discovery shall be completed.

**December 9, 2024**: Deadline for Parties to disclose experts, expert witness summaries, and reports as required by Fed. R. civ. P. 26(a)(2).

**January 13, 2025**: Deadline for Parties to exchange rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26 (a)(2).

**April 10, 2024**: Deadline for selection of mediator.

1

**February 24, 2025**: Expert discovery shall be completed.

**March 31, 2025**: All pretrial motions, including those regarding summary judgment, *Daubert* Motions, and Motions *in limine* must be filed.

**January 30, 2025**: Mediation must be completed.

**May 30, 2025**: The joint pretrial stipulations, proposed joint jury instructions, proposed joint verdict form and/or proposed findings of fact and conclusions of law must be filed.

**June 6, 2025**: Deadline for Parties to exchange written lists containing the names and addresses of all fact witnesses intended to be called at trial.

_____: Final Date for filing of all pretrial motions.

_____: Final Date for resolution of all pretrial motions by the Court.

_____: Date of pretrial conference

_____: Date of Trial

**DONE AND ORDERED** in Chambers in _____, Florida this \_\_th day of _____, 2024.

_____
**ROBIN L. ROSENBERG**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to: All counsel of record via CM/ECF