Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IOT INNOVATIONS LLC, | Civil Action No. 9:23-cv-81528-RLR |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| SOMFY SYSTEMS, INC., | |
| Defendant. | |

**PLAINTIFF'S EVIDENCE OF USE**

Plaintiff IoT Innovations LLC (hereinafter, "IoT Innovations" or "Plaintiff") hereby serves this disclosure regarding its Evidence Of Use ("EOUs") by Somfy Systems, Inc. ("Somfy" or "Defendant").

IoT Innovations reserves the right to modify, amend, and/or supplement any of its EOUs to the extent permitted by the Federal Rules of Civil Procedure and the Local Rules of this Court. IoT Innovations specifically reserves the right to modify, amend, and/or supplement any of its EOUs due not only to discovery obtained from Defendant, but also discovery obtained from third parties, any of Defendant's contentions, the issuance of a claim construction ruling by the Court, or for any other reason permitted under the Federal Rules of Civil Procedure and/or the Local Rules of this Court.

**I.    CLAIMS INFRINGED**

IoT Innovations identifies the following patents (hereinafter, the "Patents-in-Suit") and the following claims of the Patents-in-Suit (hereinafter, "Asserted Claims") that Defendant has infringed and continues to infringe:

| EOU Chart | U.S. Patent No. | Title | Asserted Claims[1] |
|-----------|-----------------|-------|--------------------|
| A. | 7,246,173 | Method And Apparatus For Classifying IP Data | **<u>1</u>** |
| B. | 7,165,224 | Image Browsing And Downloading In Mobile Networks | **<u>1</u>** |
| C. | 7,394,798 | Push-To Talk Over Ad-Hoc Networks | **<u>16</u>** |
| D. | 7,974,266 | Method And Apparatus For Classifying Ip Data | **<u>1</u>** |
| E. | 7,974,260 | Method Of Transmitting Time-Critical Scheduling Information Between Single Network Devices In A Wireless Network Using Slotted Point-To-Point Links | **<u>1</u>** |

## II.   <u>ACCUSED PRODUCTS</u>

IoT Innovations identifies the following Accused Products, as detailed in the EOU Charts attached hereto: Somfy's home security and control platform and systems, including but not limited those marketed as Somfy Home solutions and Somfy Security System solutions, which include, at least, Somfy's Automated Smart Home & Controls Solutions (including but not limited to Somfy's Connect Main Controller and IP/io Gateway, myLink™ RTS Smartphone and Tablet Interface 120V AC, TaHoma Switch, TaHoma Gateway, and TaHoma® RTS/Zigbee Smartphone and Tablet Interface, animeo IP/RS485 and the animeo IP Building Controller, Sub Controller, and IB+Touch Building Controller 8 Zone), its wireless/RTS Motorized Products (including but not limited to all Somfy motorized controls that integrate with TaHoma, myLink, the Main Controller and IP/io Gateway, and/or animeo IP/RS485, such as the Oximo®, Altus®, Glydea®, Irismo™, Sonesse®, Sunea®, Orea, Eolis, Sunis, Soliris, Clever™, Maestria™, and Cord Lift branded wireless motors like the 540R2 RTS CMO, 525A2 RTS CMO, 550R2 RTS CMO, 535A2 RTS CMO, 530R2 RTS CMO, Oximo™ RTS 525A2, Oximo™ RTS 550R2, Altus® RTS 530R2,

---

[1] Independent claims are **<u>bolded and underlined</u>**

Altus® RTS 506S2 , Altus® RTS 680R2, Altus® RTS 660R2, Altus® RTS 6100R2, Altus® RTS 540R2, Altus® RTS 535A2, Altus® RTS 409R2 RH with Fast Connector, Altus® RTS 525A2, Altus® RTS 550R2, Glydea® ULTRA 60 Motor RTS with 10' Plug, Glydea® ULTRA 35 Motor RTS with 10' Plug, Glydea® ULTRA 60 Motor RTS with 10' Plug, Irismo™ 45 WireFree RTS, Irismo™ 35 WireFree RTS, Irismo™ 35 (Mini DC) RTS, Irismo™ 45 (Mini DC) RTS,  Sonesse® 40 RTS 404S2 RH with Fast Connector, Sonesse® ULTRA 506A2 RTS, Sonesse® ULTRA 504 A8 DC RTS, Sonesse® 506S2 RTS, Sonesse® 510S2 RTS, Sonesse® 510S2 RTS RH, Sonesse® 506S2 RTS RH, Sonesse® 30 DCT 24V DC,  Sonesse® 30 RTS 24V DC, Sonesse® 40 RTS 406A2 RH with Fast Connector, Sonesse® 40 RTS 404A2 RH with Fast Connector, Sonesse® 40 RTS 409R2 RH with Fast Connector, Sonesse® 28 WireFree™ RTS (Li-ion and External Battery), Sonesse® 40 WireFree™ RTS (Li-ion and External Battery), Sonesse® ULTRA 30 WireFree™ RTS (Li-ion and External Battery), Sonesse® 506A2 RTS RH 24V DC, Sonesse® 30 24V DC Zigbee, Sonesse® 30 RS485, Sonesse® 50 RS485, LT50 RS485, Sunea® RTS CMO 535A2 (with 18" Fast Connector, Black Cable), Sunea® RTS CMO 525A2 (with 18" Fast Connector), Sunea® RTS CMO 535A2 (with 18" Fast Connector), Sunea® RTS CMO 550R2 (with 18" Fast Connector), Cord Lift WireFree™ TL25 Motor, Roll Up 28 WireFree™ RTS V2 (Li-ion and External Battery), T3.5 ESP Hz 6Nm 18rpm 12V DC KIT, T3.5 ESP Hz 3Nm 23rpm 12V DC, T3.5 ESP Hz 3Nm 23rpm 12V DC KIT,  T3.5 ESP Hz 3Nm 12rpm 12V DC KIT, T3.5 ESP Hz 10Nm 12rpm 12V DC, T3.5 ESP Hz 6Nm 18rpm 12V DC, T5 Hz 10Nm 35rpm 120V, T5 Hz 15Nm 18rpm 120V, T5 Hz 25Nm 18rpm 120V, T5 Hz 35Nm 18rpm 120V, T5 Hz 30Nm 12rpm 120V, T5 Hz 50Nm 12rpm 120V, T5 Hz 10Nm 12rpm 120V, T5 Hz 20Nm 12rpm 120V, T6 Hz 80Nm 14rpm 120V, T6 Hz 100Nm 14rpm 120V, Orea RTS 550R2, Orea RTS 535A2,  Clever™ Tilt Blind Motors and 6, 4, 3 or 2 piece Motor Kits (with or without rechargeable batteries), Radio

RTS Card (Plug-in Module), DM15Hz 15Nm 18rpm 120V, DM15Hz 25Nm 18rpm 120V, DM15Hz 30Nm 12rpm 120V, DM15Hz 35Nm 18rpm 120V, DM15Hz 50Nm 12rpm 120V, DM16Hz 60Nm 14rpm 120V With NEMA plug, DM16Hz 80Nm 14rpm 120V With NEMA plug, DM16Hz 100Nm 14rpm 120V With NEMA plug, Maestria™ RTS 550R2 Maestria™ RTS 510A2, Maestria™ RTS 525A2, Maestria™ RTS 535A2), Smart Sensors (Ondeis® WireFree RTS Rain & Sun Sensors, Eolis RTS 60 MPH Wind Sensor 24V DC Kit, Eolis 3D WireFree™ RTS Wind Sensor (White, Off-White, and Black), Sunis Outdoor WireFree™ RTS Sun Sensor, Soliris RTS Sun and Wind Sensor 24V DC Kit, Eolis RTS Wind Sensor 24V DC Kit), Smart Hosts, Smart Lighting, Smart Fixtures, Smart Keypads, Smart Home Apps (including but not limited to Somfy Protect, TaHoma North America, TaHoma pro, myLink, Help Me, and Somfy Set&Go Connect Pro), Smart Cameras (including but not limited to the Somfy One, One+, Indoor Camera, and Outdoor Camera), Smart Remotes, Z-Wave, Somfy Server(s), and Somfy's encryption technologies and its cellular and Wi-Fi capabilities, and their associated hardware and software and functionalities.

These and other substantially similar products and services offered by Somfy have and/or do infringe one or more claims of the Asserted Patents as described in the attached EOU Charts.

IoT Innovations has compiled the preceding identification of the Accused Products from the information currently available without the benefit of any technical discovery from Defendant in this action. There may be additional products and/or services that infringe the Asserted Claims that are currently unknown to IoT Innovations and/or that will be made, used, performed, sold, or offered for sale in the future and that infringe the Asserted Claims, and for these reasons are not specifically identified above. IoT Innovations reserves the right to modify, amend, and supplement these charts, or to generate additional charts, based on discovery, facts learned during

this case, any of Defendant's contentions, the issuance of a claim construction ruling by the Court, or for any other reason permitted under the Federal Rules of Civil Procedure or the Rules of this Court.

### III.   **STATEMENT OF INFRINGEMENT**

Based on its current understanding of the claim language (prior to claim construction) and publicly available information pertaining to the Accused Products, and without notice of any non-infringement position from Defendant, IoT Innovations asserts that the Accused Products literally infringe each element or step of one or more of the Asserted Claims pursuant to 35 U.S.C. § 271(a). However, any claim element or step that is deemed to be not literally present in or performed by the Accused Products, is also satisfied under the doctrine of equivalents because any difference between such claim element or step and the accused element or step is insubstantial.  In other words, the accused element or step performs substantially the same function, in substantially the same way, to achieve substantially the same result.

Defendant is also liable for indirect infringement of some or all of the Asserted Claims pursuant to 35 U.S.C. § 271(b) and/or 35 U.S.C. § 271(c)

As discovery has not yet begun and the Court has not construed certain claim terms, it is not clear whether IoT Innovations will rely on the doctrine of equivalents at trial.  Accordingly, IoT Innovations reserves the right, in response to Defendant's production and disclosures, after claim terms are construed, after receiving Defendant's source code and other confidential document production, after receiving Defendant's non-infringement contentions, after any other event leading to discovery of additional information regarding Defendant's infringement, or as permitted under the Local Patent Rules, the rules of this Court, the Federal Rules, or otherwise permitted by the Court.

Dated: <u>February 14, 2024</u>                    Respectfully submitted,

                                            By: <u>*/s/ James F. McDonough, III*</u>

                                            James F. McDonough, III (GA 117088) *
                                            **ROZIER HARDT MCDONOUGH, PLLC**
                                            659 Auburn Avenue NE, Unit 254
                                            Atlanta, Georgia 30312
                                            Telephone: (404) 564-1866
                                            Email: jim@rhmtrial.com

                                            Brian R. Gilchrist, Esq., FL Bar #774065
                                            Email: bgilchrist@allendyer.com
                                            **ALLEN, DYER, DOPPELT + GILCHRIST, PA**
                                            255 South Orange Avenue, Suite 1401
                                            Orlando, Florida 32801
                                            Telephone: (407) 841-2330
                                            Facsimile: (407) 841-2343

                                            * *Pro hac vice application pending*

                                            ***Attorneys for Plaintiff IoT INNOVATIONS LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing document (including its Attachments and Exhibits thereto) was served on counsel for Defendant by electronic mail.

Dated: <u>February 14, 2024</u>                    Respectfully submitted,

                                            By: <u>*/s/ James F. McDonough, III*</u>
                                                   James F. McDonough, III

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

IOT INNOVATIONS LLC,

      Plaintiff,

    v.

SOMFY SYSTEMS, INC.,

      Defendant.

Civil Action No. 9:23-cv-81528-RLR

**JURY TRIAL DEMANDED**

# ATTACHMENT A

# To Plaintiff's Evidence Of Use

U.S. Patent No. 7,246,173

| Claim 1 | |
|---|---|
| 1. A method of classifying Internet Protocol (IP) data to be sent from a source apparatus to a destination apparatus in a packet switched network, said method comprising: | Somfy Systems, Inc. ("Somfy Systems" or "Defendant") uses, causes to be used, sells, offers for sale, provides, supplies, or distributes its home security and control platform and systems, including but not limited those marketed as Somfy Home solutions and Somfy Security System solutions, which include, at least, Somfy's Connect Main Controller and IP/io Gateway, myLink™ RTS Smartphone and Tablet Interface 120V AC, TaHoma Switch, TaHoma Gateway, and TaHoma® RTS/Zigbee Smartphone and Tablet Interface, animeo IP/RS485 and the animeo IP Building Controller, Sub Controller, and IB+Touch Building Controller 8 Zone), its wireless/RTS Motorized Products (including but not limited to all Somfy motorized controls that integrate with TaHoma, myLink, the Main Controller and IP/io Gateway, and/or animeo IP/RS485, such as the Oximo® Altus®, Glydea® Irismo™ Sonesse® Sunea™ Orea, Eolis, Sunis, Soliris, Clever™, Maestria™, and Cord Lift branded wireless motors like the 540R2 RTS CMO, 525A2 RTS CMO, 550R2 RTS CMO, 535A2 RTS CMO, 530R2 RTS CMO, Oximo™ RTS 525A2, Oximo™ RTS 530R2, Altus® RTS 530R2, Altus® RTS 50652 , Altus® RTS 680R2, Altus® RTS 660R2, Altus® RTS 6100R2, Altus® RTS 540R2, Altus® RTS 535A2, Altus® RTS 409R2 RH with Fast Connector, Altus® RTS 525A2, Altus® RTS 550R2, Glydea® ULTRA 60 Motor RTS with 10' Plug, Glydea® ULTRA 35 Motor RTS with 10' Plug, Glydea® ULTRA 60 Motor RTS with 10' Plug, Irismo™ 45 WireFree RTS, Irismo™ 35 WireFree RTS, Irismo™ 35 (Mini DC) RTS, Irismo™ 45 (Mini DC) RTS, Sonesse® 40 RTS 404S2 RH with Fast Connector, Sonesse® ULTRA 506A2 RTS, Sonesse® ULTRA 504 A8 DC RTS, Sonesse® 50652 RTS, Sonesse® 510S2 RTS, Sonesse® 510S2 RTS RH, Sonesse® 50652 RTS RH, Sonesse® 30 RTS 24V DC, Sonesse® 30 DCT 24V DC, Sonesse® 40 RTS 406A2 RH with Fast Connector, Sonesse® 40 RTS 404A2 RH with Fast Connector, Sonesse® 40 RTS 409R2 RH with Fast Connector, Sonesse® 28 WireFree™ RTS (Li-ion and External Battery), Sonesse® 40 WireFree™ RTS (Li-ion and External Battery), Sonesse® ULTRA 30 WireFree™ RTS (Li-ion and External Battery), Sonesse® 506A2 RTS RH 24V DC, Sonesse® 30 24V DC Zigbee, Sonesse® 30 RS485, Sonesse® 50 RS485, LT50 RS485, Sunea® RTS CMO 535A2 (with 18" Fast Connector, Black Cable), Sunea® RTS CMO 525A2 (with 18' Fast Connector), Sunea® RTS CMO 535A2 (with 18" Fast Connector), Sunea® RTS CMO 550R2 (with 18" Fast Connector), Cord Lift WireFree™ TL25 Motor, Roll Up 28 WireFree™ RTS V2 (Li-ion and External Battery), T3.5 ESP Hz 6Nm 18rpm 12V DC KIT, T3.5 ESP Hz 3Nm 23rpm 12V DC, T3.5 ESP Hz 3Nm 23rpm 12V DC KIT, T3.5 ESP Hz 3Nm 12rpm 12V DC KIT, T3.5 ESP Hz 10Nm 12rpm 12V DC, T3.5 ESP Hz 6Nm 18rpm 12V DC, T5 Hz 10Nm 35rpm 120V, T5 Hz 15Nm 18rpm 120V, T5 Hz 25Nm 18rpm 120V, T5 Hz 35Nm 18rpm 120V, T5 Hz 30Nm 12rpm 120V, T5 Hz 50Nm 12rpm 120V, T5 Hz 10Nm 12rpm 120V, T5 Hz 20Nm 12rpm 120V, T6 Hz 80Nm 14rpm 120V, T6 Hz 100Nm 14rpm 120V, Orea RTS 550R2, Orea RTS 535A2, Clever™ Tilt Blind Motors and 6, 4, 3 or 2 piece Motor Kits (with or without rechargeable batteries), Radio RTS Card (Plug-in Module), DM15Hz 15Nm 18rpm 120V, DM15Hz 25Nm 18rpm 120V, DM15Hz 30Nm 12rpm 120V, DM15Hz 35Nm |

1

U.S. Patent No. 7,246,173

| Claim 1 | |
|---------|---|
| | 18rpm 120V, DM15Hz 50Nm 12rpm 120V, DM16Hz 60Nm 14rpm 120V With NEMA plug, DM16Hz 80Nm 14rpm 120V With NEMA plug, DM16Hz 100Nm 14rpm 120V With NEMA plug, Maestria™ RTS 550R2 Maestria™ RTS 510A2, Maestria™ RTS 525A2, Maestria™ RTS 535A2), Smart Sensors (Ondeis® WireFree RTS Rain & Sun Sensors, Eolis RTS 60 MPH Wind Sensor 24V DC Kit, Eolis 3D WireFree™ RTS Wind Sensor (White, Off-White, and Black), Sunis Outdoor WireFree™ RTS Sun Sensor, Soliris RTS Sun and Wind Sensor 24V DC Kit, Eolis RTS Wind Sensor 24V DC Kit), Smart Hosts, Smart Lighting, Smart Fixtures, Smart Keypads, Smart Home Apps (including but not limited to Somfy Protect, TaHoma North America, TaHoma pro, myLink, Help Me, and Somfy Set&Go Connect Pro), Smart Cameras (including but not limited to the Somfy One, One+, Indoor Camera, and Outdoor Camera), Smart Remotes, Z-Wave, Somfy Server(s), and Somfy's encryption technologies and its cellular and Wi-Fi capabilities, and their associated hardware and software and functionalities (hereinafter, "Accused Products"), which perform a method of classifying Internet Protocol (IP) data to be sent from a source apparatus to a destination apparatus in a packet switched network.<br><br>The Accused Products that are the subject of the chart are an illustrative example.  The infringement analyses set forth below is applicable to all of the Accused Products that provide the functionalities claimed herein and have substantially the same structure and function in substantially the same manner.  For example, Defendant's myLink and TaHoma Smart Home Solutions include all of the identified features and elements depicted below. |

2

U.S. Patent No. 7,246,173

**Claim 1**



https://asset.somfy.com/Document/12366a4e-2ec0-4604-92c0-6211e3e1d1b8_myLink_
v2_&_Legacy_Spec_Sheet_5.4.2020.pdf?__hstc=149881833.8e30f17c8d89fdf1f1db25c83db4a7.
17078436154001.170784361540001.17078436154001.1&__hssc=149881833.5.17078436154001&__hsfp=3828489826

3

U.S. Patent No. 7,246,173

**Claim 1**



https://asset.somfy.com/Document/d19a8281-26b8-4a52-8df0-70ce66186546_
TaHoma%20switch_Spec%20Sheet_2023.12.05.pdf?__hstc=149881833.8e30f17c8d89fddf1f1db25c83dbb4a7.
1707843615400.1707843615400.1707848137808.2&__hssc=149881833.34.1707848137808&__hsfp=3828489826

4

U.S. Patent No. 7,246,173

**Claim 1**



https://asset.somfy.com/Document/047db922-31e1-475c-96d9-e8d5cbed2cca_Tahoma-Zigbee%20Spec%20Sheet_2022.01.06.pdf?_hstc=149881833.8e30f17c8d89fddf1f1db25c83dbb4a7.1707843615400.1707843615400.1707848137808.2&_hssc=149881833.35.1707848137808&_hsfp=3828489826

5

U.S. Patent No. 7,246,173

| Claim 1 | |
|---|---|
| | Somfy's Connect Main Controller & IP/io Gateway performs, a method of classifying data. |
| | Connect Main Controller & IP/io Gateway performs classification of data. |
| | To enhance the system security, the Connect Main Controller & IP/io Gateway systems use "animeo Connect Operating Software" to classify IP data and supports Internet Protocol version 6 ("IPv6"). The main controller receives the data and from any source apparatus (any PC, laptop etc.) and perform classification of data. |
| | **[ANIMEO CONNECT MAIN CONTROLLER REF. 1860304]** |
| | The Connect Main Controller allows |
| | > to provide advanced functions related to the comfort of the occupants, energy optimization and system security with the use of the "animeo Connect Operating Software": Web remote, shadow tracking, sun tracking, ... |
| | **OVERVIEW** |
| | The Connect Main Controller is an IPV6 building automation manager to provide advanced functions for any kind of shades, blinds, or window products. |
| | [Link: https://service.somfy.com/downloads/bui_v4/cmain-controller_1860304_ds_20180930_en1.pdf P. 1] |

U.S. Patent No. 7,246,173

| Claim 1 | |
|---|---|



[Link: https://service.somfy.com/downloads/bui_v4/cmain-controller_1860304_ds_20180930_en1.pdf, P. 2]

[ANIMEO CONNECT IP/IO GATEWAY REF. 1860310]

OVERVIEW

The IP/io Gateway is an IPV6 interface with an io radio transceiver which allows bidirectional communication with any io motor, io remote control and other IP devices of the system.

[Link: https://service.somfy.com/downloads/bui_v4/cip_io-gateway_1860310_ds_20180930_en.pdf, P. 1]

7

U.S. Patent No. 7,246,173

| Claim 1 | |
|---|---|
| | <br><br>[Link: https://service.somfy.com/downloads/bui_v4/cip_io-gateway_1860310_ds_20180930_ds_en.pdf, P. 2]<br><br>**C  COMMISSIONING AND OPERATING**<br>Complete installation of all devices.<br>Connect the PC to the IP input.<br>Run the animeo Connect Operating Software and follow the procedure described in the software guide.<br><br>[Link: https://service.somfy.com/downloads/bui_v4/connect-ipio-gateway_5137982c.pdf, P. 6] |
| receiving said data at a first node, the data | Somfy Connect Main Controller performs the step of receiving said data at a first node, the data comprising a header comprising a list of at least one intermediate node to be visited on a way to the destination apparatus. |

8

U.S. Patent No. 7,246,173

| Claim 1 | |
|---|---|
| comprising a header comprising a list of at least one | The Connect Main Controller (e.g., a first node) receives data comprising a header (e.g., an IPv6 header that includes, but is not limited to, one or more extension headers, such as a Segment Routing Header) comprising a list of at least one intermediate node (IP/io Gateway) to be visited on a way to the destination apparatus (any i/o motor, i/o remote control etc.).

**[ANIMEO CONNECT MAIN CONTROLLER REF. 1860304]** |
| intermediate node to be visited on a way to the destination apparatus; and | The Connect Main Controller allows

> to provide advanced functions related to the comfort of the occupants, energy optimization and system security with the use of the "animeo Connect Operating Software": Web remote, shadow tracking, sun tracking, ...

**OVERVIEW**

The Connect Main Controller is an IPV6 building automation manager to provide advanced functions for any kind of shades, blinds, or window products. |

9

U.S. Patent No. 7,246,173

**Claim 1**



[Link: https://service.somfy.com/downloads/bui_v4/cmain-controller_1860304_ds_20180930_en1.pdf, P. 1, 2]

**[ANIMEO CONNECT IP/IO GATEWAY REF. 1860310]**

**OVERVIEW**

The IP/io Gateway is an IPV6 interface with an io radio transceiver which allows bidirectional communication with any io motor, io remote control and other IP devices of the system.

[Link: https://service.somfy.com/downloads/bui_v4/cip_io-gateway_1860310_ds_20180930_en.pdf, P. 1]

10

U.S. Patent No. 7,246,173

**Claim 1**



[Link: https://service.somfy.com/downloads/bui_v4/cip_io-gateway_1860310_ds_20180930_en.pdf, P. 2]

11

U.S. Patent No. 7,246,173

| Claim 1 |
|---------|

As illustrated in these examples, an IPv6 packet may carry zero, one, or more extension headers, each identified by the Next Header field of the preceding header:

```
+------------+----------------------------+
| IPv6 header | TCP header + data          |
|            |                            |
| Next Header =|                          |
|   TCP      |                            |
+------------+----------------------------+

+------------+----------------+-------------------+
| IPv6 header | Routing header | TCP header + data |
|            |                |                   |
| Next Header =| Next Header = |                   |
|  Routing   |     TCP        |                   |
+------------+----------------+-------------------+
```

[RFC 8200, P. 8]

SR can be applied to the IPv6 architecture, with a new type of routing header. A segment is encoded as an IPv6 address. An ordered list of segments is encoded as an ordered list of IPv6 addresses in the routing header. The active segment is indicated by the Destination Address (DA) of the packet. The next active segment is indicated by a pointer in the new routing header.

[RFC 8402, P. 1]

## 2.  Segment Routing Header

Routing headers are defined in [RFC8200]. The Segment Routing Header (SRH) has a new Routing Type (4).

The SRH is defined as follows:

12

U.S. Patent No. 7,246,173

**Claim 1**

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| Next Header   |  Hdr Ext Len  | Routing Type  | Segments Left |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|  Last Entry   |     Flags     |              Tag              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
|            Segment List[0] (128-bit IPv6 address)             |
|                                                               |
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
                              . . .
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
|            Segment List[n] (128-bit IPv6 address)             |
|                                                               |
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
//                                                             //
//         Optional Type Length Value objects (variable)      //
//                                                             //
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

where:

Segment List[0..n]:  128-bit IPv6 addresses representing the nth segment in the Segment List.
The Segment List is encoded starting from the last segment of the SR Policy. That is, the
first element of the Segment List (Segment List[0]) contains the last segment of the SR
Policy, the second element contains the penultimate segment of the SR Policy, and so on.

[RFC 8754, P. 4-6]

13

U.S. Patent No. 7,246,173

| Claim 1 | |
|---|---|
| classifying said data at said first node based on an entry in said header. | Connect Main Controller performs the step of classifying said data at said first node based on an entry in said header.<br><br>The IPv6 header includes a Traffic Class field. The data is classified (e.g., by priority) based on an entry in the Traffic Class field.<br><br>3.  IPv6 Header Format<br><br>```
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|Version| Traffic Class |           Flow Label                  |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|         Payload Length         |  Next Header  |   Hop Limit   |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
+                                                               +
|                                                               |
+                         Source Address                        +
|                                                               |
+                                                               +
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
+                                                               +
|                                                               |
+                       Destination Address                     +
|                                                               |
+                                                               +
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```<br><br>[RFC 8200, P. 6] |

14

U.S. Patent No. 7,246,173

| Claim 1 |  |
|---|---|
|  | 7. Traffic Classes<br><br>The 8-bit Traffic Class field in the IPv6 header is used by the network for traffic management. The value of the Traffic Class bits in a received packet or fragment might be different from the value sent by the packet's source.<br><br>The current use of the Traffic Class field for Differentiated Services and Explicit Congestion Notification is specified in [RFC2474] and [RFC3168].<br><br>[RFC 8200, P. 26] |

15

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

IOT INNOVATIONS LLC,

        Plaintiff,

   v.

SOMFY SYSTEMS, INC.,

        Defendant.

Civil Action No. 9:23-cv-81528-RLR

**JURY TRIAL DEMANDED**

# ATTACHMENT B

# To Plaintiff's Evidence Of Use

U.S. Patent No. 7,165,224

| Claim 1 |
|---|
| 1. A method of viewing an image on a mobile device, the method comprising the steps of: | Somfy Systems, Inc. ("Somfy Systems" or "Defendant") uses, causes to be used, sells, offers for sale, provides, supplies, or distributes its home security and control platform and systems, including but not limited those marketed as Somfy Home solutions and Somfy Security System solutions, which include, at least, Somfy's Automated Smart Home & Controls Solutions (including but not limited to Somfy's Connect Main Controller and IP/io Gateway, myLink™ RTS Smartphone and Tablet Interface 120V AC, TaHoma Switch, TaHoma Gateway, and TaHoma® RTS/Zigbee Smartphone and Tablet Interface, animeo IP/RS485 and the animeo IP Building Controller, Sub Controller, and IB+Touch Building Controller 8 Zone), its wireless/RTS Motorized Products (including but not limited to all Somfy motorized controls that integrate with TaHoma, myLink, the Main Controller and IP/io Gateway, and/or animeo IP/RS485, such as the Oximo® Altus® Glydea® Irismo™, Sonesse® Sunea® Orea, Eolis, Sunis, Soliris, Clever™, Maestria™, and Cord Lift branded wireless motors like the 540R2 RTS CMO, 525A2 RTS CMO, 550R2 RTS CMO, 535A2 RTS CMO, 530R2 RTS CMO, Oximo™ RTS 525A2, Oximo™ RTS 550R2, Altus® RTS 530R2, Altus® RTS 50652 , Altus® RTS 680R2, Altus® RTS 6100R2, Altus® RTS 540R2, Altus® RTS 535A2, Altus® RTS 409R2 RH with Fast Connector, Altus® RTS 525A2, Altus® RTS 550R2, Glydea® ULTRA 60 Motor RTS with 10' Plug, Glydea® ULTRA 35 Motor RTS with 10' Plug, Glydea® ULTRA 60 Motor RTS with 10' Plug, Irismo™ 45 WireFree RTS, Irismo™ 35 WireFree RTS, Irismo™ 35 (Mini DC) RTS, Irismo™ 45 (Mini DC) RTS, Sonesse® 40 RTS 404S2 RH with Fast Connector, Sonesse® ULTRA 506A2 RTS, Sonesse® ULTRA S04 A8 DC RTS, Sonesse® 50652 RTS, Sonesse® 510S2 RTS, Sonesse® 510S2 RTS RH, Sonesse® 50652 RTS RH, Sonesse® 30 DCT 24V DC, Sonesse® 30 RTS 24V DC, Sonesse® 40 RTS 406A2 RH with Fast Connector, Sonesse® 40 RTS 404A2 RH with Fast Connector, Sonesse® 40 RTS 409R2 RH with Fast Connector, Sonesse® 28 WireFree™ RTS (Li-ion and External Battery), Sonesse® 40 WireFree™ RTS (Li-ion and External Battery), Sonesse® ULTRA 30 WireFree™ RTS (Li-ion and External Battery), Sonesse® 506A2 RTS RH 24V DC, Sonesse® 30 24V DC Zigbee, Sonesse® 30 RS485, Sonesse® 50 RS485, LT50 RS485, Sunea® RTS CMO 535A2 (with 18" Fast Connector, Black Cable), Sunea® RTS CMO 525A2 (with 18" Fast Connector), Sunea® RTS CMO 535A2 (with 18" Fast Connector), Sunea® RTS CMO 550R2 (with 18" Fast Connector), Cord Lift WireFree™ TL25 Motor, Roll Up 28 WireFree™ RTS V2 (Li-ion and External Battery), T3.5 ESP Hz 6Nm 18rpm 12V DC KIT, T3.5 ESP Hz 3Nm 23rpm 12V DC, T3.5 ESP Hz 6Nm 18rpm 12V DC, T3.5 ESP Hz 3Nm 12rpm 12V DC KIT, T3.5 ESP Hz 10Nm 12rpm 12V DC, T3.5 ESP Hz 6Nm 18rpm 12V DC, T5 Hz 10Nm 35rpm 120V, T5 Hz 15Nm 18rpm 120V, T5 Hz 25Nm 18rpm 120V, T5 Hz 35Nm 18rpm 120V, T5 Hz 30Nm 12rpm 120V, T5 Hz 50Nm 12rpm 120V, T5 Hz 10Nm 12rpm 120V, T5 Hz 20Nm 12rpm 120V, T6 Hz 80Nm 14rpm 120V, T6 Hz 100Nm 14rpm 120V, Orea RTS 550R2, Orea RTS 535A2,  Clever™ Tilt Blind Motors and 6, 4, 3 or 2 piece Motor Kits (with |

U.S. Patent No. 7,165,224

| Claim 1 | |
|---------|--|
| | or without rechargeable batteries), Radio RTS Card (Plug-in Module), DM15Hz 15Nm 18rpm 120V, DM15Hz 25Nm 18rpm 120V, DM15Hz 30Nm 12rpm 120V, DM15Hz 35Nm 18rpm 120V, DM15Hz 50Nm 12rpm 120V, DM16Hz 60Nm 14rpm 120V With NEMA plug, DM16Hz 80Nm 14rpm 120V With NEMA plug, DM16Hz 100Nm 14rpm 120V With NEMA plug, Maestria™ RTS 550R2 Maestria™ RTS 510A2, Maestria™ RTS 525A2, Maestria™ RTS 535A2), Smart Sensors (Ondeis® WireFree RTS Rain & Sun Sensors, Eolis RTS 60 MPH Wind Sensor 24V DC Kit, Eolis 3D WireFree™ RTS Wind Sensor (White, Off-White, and Black), Sunis Outdoor WireFree™ RTS Sun Sensor, Soliris RTS Sun and Wind Sensor 24V DC Kit, Eolis RTS Wind Sensor 24V DC Kit), Smart Hosts, Smart Lighting, Smart Fixtures, Smart Keypads, Smart Home Apps (including but not limited to Somfy Protect, TaHoma North America, TaHoma pro, myLink, Help Me, and Somfy Set&Go Connect Pro), Smart Cameras (including but not limited to the Somfy One, One+, Indoor Camera, and Outdoor Camera), Smart Remotes, Z-Wave, Somfy Server(s), and Somfy's encryption technologies and its cellular and Wi-Fi capabilities, and their associated hardware and software and functionalities (hereinafter, "Accused Products"), which perform a method of viewing an image on a mobile device.

The Accused Products that are the subject of the chart are an illustrative example.  The infringement analyses set forth below is applicable to all of the Accused Products that provide the functionalities claimed herein and have substantially the same structure and function in substantially the same manner.  For example, Defendant's myLink and TaHoma Smart Home Solutions include all of the identified features and elements depicted below. |

2

U.S. Patent No. 7,165,224

**Claim 1**



https://asset.somfy.com/Document/1236644e-2ec0-4604-92c0-6211e3e1d1b8_myLink_
v2_&_Legacy_Spec_Sheet_5.4.2020.pdf?__hstc=149881833.8e30f17c8d89fddf1f1db25c83dbb4a7.
1707843615400.1707843615400.1707843615400.18__hssc=149881833.5.1707843615401&__hsfp=382848982

6

3

U.S. Patent No. 7,165,224

**Claim 1**



https://asset.somfy.com/Document/d19a8281-26b8-4a52-8df0-70ce66186546_TaHoma%20switch_Spec%20Sheet_2023.12.05.pdf?__hstc=149881833.8e30f17c8d89fddf1f1db25c83dbb4a7.1707843615400.1707843615400.1707843613808.2&__hssc=149881833.34.1707848137808&__hsfp=38284898

26

4

U.S. Patent No. 7,165,224

| Claim 1 |  |
|---|---|

https://asset.somfy.com/Document/047db922-31e1-475c-96d9-e8d5cbed2cca_Tahoma-Zigbee%20Spec%20Sheet_2022.01.06.pdf?__hstc=149881833.8e30f17c8d89fddf1f1db25c83dbb4a7.1707843615400.1707843615400.1707848137808.2&__hssc=149881833.35.1707848137808&__hsfp=38284898

26

5

U.S. Patent No. 7,165,224

| Claim 1 | |
|---|---|
| | SOMFY (Somfy Smart Home) ("Somfy Protect App") performs, and/or instructs its customers to perform, a method of viewing an image on a mobile device.<br><br>**[GOOGLE PLAY STORE SOMFY PROTECT]**<br><br>"Somfy Protect<br><br><br><br>Simply manage access to and security of your home, thanks to Somfy's connected products, controllable from the Somfy Protect app:<br><br>Somfy alarms and cameras<br><br>- **Easily install and configure Somfy alarms and cameras (Home Alarm, Somfy One+, Indoor and Outdoor Camera)**" |

6

U.S. Patent No. 7,165,224

| Claim 1 | |
|---|---|
| | [Link: https://play.google.com/store/apps/details?id=com.myfox.android.mss&hl=en&gl=US]<br><br>**[SOMFY PROTECT FAQ]**<br><br>"How does the continuous video recording (CVR) service work?<br>The video recording service is available for your Somfy Protect cameras (Somfy One & One+, Somfy Indoor Camera, Somfy Outdoor Camera). **You can quickly and easily access the video history of your camera from wherever you are through your Somfy Protect application.**<br><br>The video recording service allows you to record the last 7 or 30 days, depending on the option you choose in the available plans. This means that you can see exactly what happened in the previous 7 or 30 days at any time. You can quickly find events thanks to the "timeline" displayed below the image. Event types are differentiated by colors and icons."<br><br>[Link:    https://support.somfyprotect.com/hc/en-us/articles/209752809--How-does-the-continuous-video-recording-CVR-service-work-] |
| storing in the mobile device a miniaturized version of an image being stored in the mobile device; | The Somfy Smart Home System performs the step of storing in the mobile device a miniaturized version of an image being stored in the mobile device.<br><br>The Somfy Protect app stores in the mobile device a miniaturized version (e.g., thumbnail image, and/or frame of video) of an image (e.g., from a live video) being stored in the mobile device (e.g., when a Live view is selected).<br><br>**[SOMFY PROTECT FAQ]**<br><br>"How do you download a video clip if motion is detected?<br>I've subscribed to a continuous video recording (CVR) service<br><br>Video clip duration: minimum 1 min and maximum 10 min (with no limit on the number of clips you can download). |

7

U.S. Patent No. 7,165,224

| Claim 1 | |
|---|---|
| | Storage in the cloud: 24 hours to 7 days (according to the selected CVR option) |
| | To find out more about the continuous video recording service, please see How does the continuous video recording service work? |
| | Downloading from the timeline |
| | From the video screen, the lower section (timeline) allows you to find all the events that have taken place up to 7 days before, depending on the video recording service chosen. |
| | Navigate right to left to position the central cursor where you would like to view clips. For example, to rewatch a video following a detection, look for the corresponding purple strip. The video clip will then be played from the continuous video. |
| | You can download a video clip (minimum 1 minute, maximum 10 minutes) using the cloud icon. The video will be downloaded to the local storage on your smartphone. |
| | Downloading from the media library |
| | **Your motion detection video clips are also available in the media library that can be accessed from the lower portion of the screen. Touch the video miniature to play the event** which you can then download from the timeline using the cloud icon in the toolbar." |
| | [Link:  https://support.somfyprotect.com/hc/en-us/articles/360001319865-How-do-you-download-a-video-clip-if-motion-is-detected-] |
| | [SOMFY PROTECT FAQ] |

U.S. Patent No. 7,165,224

| Claim 1 | |
|---|---|
| | "How does the continuous video recording (CVR) service work? |
| | The video recording service is available for your Somfy Protect cameras (Somfy One & One+, Somfy Indoor Camera, Somfy Outdoor Camera). <u>You can quickly and easily access the video history of your camera from wherever you are through your Somfy Protect application.</u> |
| | The video recording service allows you to record the last 7 or 30 days, depending on the option you choose in the available plans. This means that you can see exactly what happened in the previous 7 or 30 days at any time. |
| | You can quickly find events thanks to the "timeline" displayed below the image. Event types are differentiated by colors and icons." |
| | [Link:    <u>https://support.somfyprotect.com/hc/en-us/articles/209752809--How-does-the-continuous-video-recording-CVR-service-work-</u>] |
| | [SOMFY PROTECT FAQ] |
| | "How does the system work in case of a break-in |
| | 2.   <u>If you are connected to one or more Somfy Protect IP cameras, they immediately save the images. You can access those images remotely from any fixed or mobile Internet access point. (You can access live images at any time and download the recording.)</u>" |
| | [Link: <u>https://support.somfyprotect.com/hc/en-us/articles/200305467-How-does-the-system-work-in-case-of-a-break-in</u>] |
| | [GOOGLE PLAY STORE SOMFY PROTECT] |
| | "Somfy Protect |

9

U.S. Patent No. 7,165,224

| Claim 1 |
|---|
|  |

Simply manage access to and security of your home, thanks to Somfy's connected products, controllable from the Somfy Protect app:

Somfy alarms and cameras

- **Easily install and configure Somfy alarms and cameras (Home Alarm, Somfy One+, Indoor and Outdoor Camera)"**

[Link: https://play.google.com/store/apps/details?id=com.myfox.android.mss&hl=en&gl=US]

**[SOMFY PROTECT FAQ]**

"Using the Somfy Protect app on Android:

10

U.S. Patent No. 7,165,224

| Claim 1 | |
|---|---|
| | If an intrusion is detected, you'll receive a push notification containing one or several images.  If detected by a video device (Somfy Security Camera, Somfy Indoor Camera, Somfy Outdoor Camera or Somfy One and One+) You'll receive a push notification containing the image taken by the video device that detected the movement. Frequently asked question I receive two notifications when a movement is detected. Why? When movement is detected, **your Somfy Protect app will send an initial alert followed by a second one that contains an image of that detected movement. This notification needs to be expanded (touch the screen and then drag downwards to display the image).** [Link:   https://support.somfyprotect.com/hc/en-us/articles/360001316689-How-to-receive-notifications-with-photos-and-video] |

U.S. Patent No. 7,165,224

| Claim 1 | |
|---|---|
| | **[SOMFY PROTECT FAQ]**<br>"Which Somfy Protect mobile apps are available?<br>**The following products are controlled by the Somfy Protect smartphone app for Android or iOS: Home Alarm, Somfy Camera, and Somfy One / One+.**"<br><br>[Link: https://support.somfyprotect.com/hc/en-us/articles/203547572] |
| transferring the image to an external storage device; | The Somfy Smart Home System performs the step of transferring the image to an external storage device.<br><br>The Somfy Smart Home Security System (e.g., a camera) transfers the image (e.g., a video) to an external storage device (e.g., cloud).<br><br>**[SOMFY PROTECT FAQ]**<br><br>"How do you download a video clip if motion is detected?<br>I've subscribed to a continuous video recording (CVR) service<br><br>Video clip duration: minimum 1 min and maximum 10 min (with no limit on the number of clips you can download).<br><br>**Storage in the cloud: 24 hours to 7 days (according to the selected CVR option)**<br><br>Downloading from the timeline<br><br>From the video screen, the lower section (timeline) allows you to find all the events that have taken place up to 7 days before, depending on the video recording service chosen.<br><br>Navigate right to left to position the central cursor where you would like to view clips. For example, to rewatch a video following a detection, look for the corresponding purple strip. The video clip will then be played from the continuous video. |

U.S. Patent No. 7,165,224

| Claim 1 |
|---------|
| **You can download a video clip (minimum 1 minute, maximum 10 minutes) using the cloud icon.** The video will be downloaded to the local storage on your smartphone.<br><br>Downloading from the media library<br><br>**Your motion detection video clips are also available in the media library that can be accessed from the lower portion of the screen.** **Touch the video miniature to play the event** which you can then download from the timeline using the cloud icon in the toolbar."<br><br>[Link: https://support.somfyprotect.com/hc/en-us/articles/360001319865-How-do-you-download-a-video-clip-if-motion-is-detected-]<br><br>[SOMFY PROTECT FAQ]<br><br>"How does the continuous video recording (CVR) service work?<br>The video recording service is available for your Somfy Protect cameras (Somfy One & One+, Somfy Indoor Camera, Somfy Outdoor Camera). **You can quickly and easily access the video history of your camera from wherever you are through your Somfy Protect application.**<br><br>**The video recording service allows you to record the last 7 or 30 days, depending on the option you choose in the available plans.** **This means that you can see exactly what happened in the previous 7 or 30 days at any time.**<br><br>You can quickly find events thanks to the "timeline" displayed below the image. Event types are differentiated by colors and icons."<br><br>[Link:    https://support.somfyprotect.com/hc/en-us/articles/209752809--How-does-the-continuous-video-recording-CVR-service-work-] |

13

U.S. Patent No. 7,165,224

| Claim 1 | |
|---|---|
| | **[GOOGLE PLAY STORE SOMFY PROTECT]**<br><br>"Somfy Protect<br><br><br><br>Simply manage access to and security of your home, thanks to Somfy's connected products, controllable from the Somfy Protect app:<br>Somfy alarms and cameras<br>- **Easily install and configure Somfy alarms and cameras [Home Alarm, Somfy One+, Indoor and Outdoor Camera]"**<br><br>[Link: https://play.google.com/store/apps/details?id=com.myfox.android.mss&hl=en&gl=US] |

14

U.S. Patent No. 7,165,224

| Claim 1 | |
|---|---|
| deleting the image from the mobile device; | The Somfy Smart Home System performs the step of deleting the image from the mobile device.

The image (e.g., Live video) is deleted from mobile device after a time/storage threshold is met. As given below, users can view video clips for last 7 days or 30 days depending on the selected plan. Hence, the video clips before that are deleted automatically.

**[SOMFY PROTECT FAQ]**

"How do you download a video clip if motion is detected?
I've subscribed to a continuous video recording (CVR) service

Video clip duration: minimum 1 min and maximum 10 min (with no limit on the number of clips you can download).

**Storage in the cloud: 24 hours to 7 days (according to the selected CVR option)**

Downloading from the timeline

From the video screen, the lower section (timeline) allows you to find all the events that have taken place up to 7 days before, depending on the video recording service chosen.
Navigate right to left to position the central cursor where you would like to view clips. For example, to rewatch a video following a detection, look for the corresponding purple strip. The video clip will then be played from the continuous video.

You can download a video clip (minimum 1 minute, maximum 10 minutes) using the cloud icon. The video will be downloaded to the local storage on your smartphone.

Downloading from the media library |

15

U.S. Patent No. 7,165,224

| Claim 1 | |
|---|---|
| | **Your motion detection video clips are also available in the media library that can be accessed from the lower portion of the screen. Touch the video miniature to play the event** which you can then download from the timeline using the cloud icon in the toolbar." |
| | [Link: https://support.somfyprotect.com/hc/en-us/articles/360001319865-How-do-you-download-a-video-clip-if-motion-is-detected-] |
| | [SOMFY PROTECT FAQ] |
| | "How does the continuous video recording (CVR) service work? |
| | The video recording service is available for your Somfy Protect cameras (Somfy One & One+, Somfy Indoor Camera, Somfy Outdoor Camera). **You can quickly and easily access the video history of your camera from wherever you are through your Somfy Protect application.** |
| | **The video recording service allows you to record the last 7 or 30 days, depending on the option you choose in the available plans.  This means that you can see exactly what happened in the previous 7 or 30 days at any time.** |
| | You can quickly find events thanks to the "timeline" displayed below the image. Event types are differentiated by colors and icons." |
| | [Link:    https://support.somfyprotect.com/hc/en-us/articles/209752809--How-does-the-continuous-video-recording-CVR-service-work-] |
| | [GOOGLE PLAY STORE SOMFY PROTECT] |
| | "Somfy Protect |

16

U.S. Patent No. 7,165,224

| Claim 1 | |
|---|---|
| | <br><br>Simply manage access to and security of your home, thanks to Somfy's connected products, controllable from the Somfy Protect app:<br><br>Somfy alarms and cameras<br>- **Easily install and configure Somfy alarms and cameras (Home Alarm, Somfy One+, Indoor and Outdoor Camera)"**<br><br>[Link: https://play.google.com/store/apps/details?id=com.myfox.android.mss&hl=en&gl=US] |
| detecting selection of the miniaturized | The Somfy Smart Home System performs the step of detecting the selection of the miniaturized version of the image.<br><br>A user can select the miniaturized version of the image in the Somfy Protect app (as shown below).<br>**[SOMFY PROTECT FAQ]** |

17

U.S. Patent No. 7,165,224

| Claim 1 | |
| --- | --- |
| version of the image; | "How to receive notifications with photos and video<br>**If movement is detected, you'll receive an enriched push notification containing a 10-second video clip (iOS app) or an image (Android app).**<br><br><br><br>Using the Somfy Protect app on Android:<br>If an intrusion is detected, you'll receive a push notification containing one or several images.<br><br><br><br>If detected by a video device (Somfy Security Camera, Somfy Indoor Camera, Somfy Outdoor Camera or Somfy One and One+) |

18

U.S. Patent No. 7,165,224

| Claim 1 | |
|---|---|
| | You'll receive a push notification containing the image taken by the video device that detected the movement.<br><br>Frequently asked question<br><br>I receive two notifications when a movement is detected. Why?<br>When movement is detected, **your Somfy Protect app will send an initial alert followed by a second one that contains an image of that detected movement. This notification needs to be expanded (touch the screen and then drag downwards to display the image)**."<br><br>[Link:   https://support.somfyprotect.com/hc/en-us/articles/360001316689-How-to-receive-notifications-with-photos-and-video] |
| in response to detecting selection of the miniaturized version of the image, sending via a wireless communicatio n network a first message requesting transfer of the image to the mobile device; and | The Somfy Smart Home System performs the step of in response to detecting selection of the miniaturized version of the image, sending via a wireless communication network a first message requesting transfer of the image to the mobile device.<br><br>When a user selects the miniaturized version of the image, the Somfy Protect app sends a first message via a wireless communication network (e.g., Wi-Fi) requesting transfer of the image (e.g., video) to the mobile device.<br><br>**[SOMFY PROTECT FAQ]**<br><br>"How to receive notifications with photos and video<br>**If movement is detected, you'll receive an enriched push notification containing a 10-second video clip (iOS app) or an image (Android app).** |

19

U.S. Patent No. 7,165,224

| Claim 1 | |
|---|---|
| | 
Using the Somfy Protect app on Android:
If an intrusion is detected, you'll receive a push notification containing one or several images.

If detected by a video device (Somfy Security Camera, Somfy Indoor Camera, Somfy Outdoor Camera or Somfy One and One+)
You'll receive a push notification containing the image taken by the video device that detected the movement. |

20

U.S. Patent No. 7,165,224

| Claim 1 | |
|---|---|
| | Frequently asked question<br><br>I receive two notifications when a movement is detected. Why?<br>When movement is detected, **your Somfy Protect app will send an initial alert followed by a second one that contains an image of that detected movement. This notification needs to be expanded (touch the screen and then drag downwards to display the image).**"<br><br>[Link: https://support.somfyprotect.com/hc/en-us/articles/360001316689-How-to-receive-notifications-with-photos-and-video] |
| receiving a second message via the wireless communicatio n network transferring the image to the mobile device. | The Somfy Smart Home System performs the step of receiving a second message via the wireless communication network transferring the image to the mobile device.<br><br>After the user selects the miniaturized version of the image, the mobile device receives a second message via the wireless communication network (e.g., Wifi, Cellular, etc.) transferring the image (e.g., video) to the mobile device (e.g., for playback on the mobile device).<br><br>[SOMFY PROTECT FAQ]<br><br>"How to receive notifications with photos and video<br>**If movement is detected, you'll receive an enriched push notification containing a 10-second video clip (iOS app) or an image (Android app).** |

21

U.S. Patent No. 7,165,224

| Claim 1 | |
|---|---|
| | 

Using the Somfy Protect app on Android:
If an intrusion is detected, you'll receive a push notification containing one or several images.

If detected by a video device (Somfy Security Camera, Somfy Indoor Camera, Somfy Outoor Camera or Somfy One and One+)
You'll receive a push notification containing the image taken by the video device that detected the movement.

Frequently asked question |

22

U.S. Patent No. 7,165,224

| Claim 1 |
| --- |
| I receive two notifications when a movement is detected. Why?<br>When movement is detected, **your Somfy Protect app will send an initial alert followed by a second one that contains an image of that detected movement. This notification needs to be expanded (touch the screen and then drag downwards to display the image)**."<br><br>[Link:   https://support.somfyprotect.com/hc/en-us/articles/360001316689-How-to-receive-notifications-with-photos-and-video]<br><br>[SOMFY PROTECT FAQ]<br><br>What should I do if my camera frequently appears to be unavailable?<br>"5. Be sure that there is enough bandwidth at the place where your camera is positioned<br>**The camera needs a stable WiFi connection allowing it to stream video constantly** at 0.19 Mbps for SD and 0.53 Mbps for HD:<br>• 720p quality (HD)<br>   • 0.53 Mbps with a lot of movement in the camera's field of view<br>   • 0.20 Mbps without movement in the camera's field of view<br>• 480p quality (SD)<br>   • 0.19 Mbps with a lot of movement in the camera's field of view<br>   • 0.13 Mbps without movement in the camera's field of view"<br><br>[Link: https://support.somfyprotect.com/hc/en-us/articles/360001317749-What-should-I-do-if-my-camera-frequently-appears-to-be-unavailable-]<br><br>[SOMFY PROTECT FAQ]<br><br>"How do you download a video clip if motion is detected?<br>I've subscribed to a continuous video recording (CVR) service |

23

U.S. Patent No. 7,165,224

| Claim 1 |
|---|
| Video clip duration: minimum 1 min and maximum 10 min (with no limit on the number of clips you can download). |
| **Storage in the cloud: 24 hours to 7 days (according to the selected CVR option)** |
| Downloading from the timeline |
| From the video screen, the lower section (timeline) allows you to find all the events that have taken place up to 7 days before, depending on the video recording service chosen. |
| Navigate right to left to position the central cursor where you would like to view clips. For example, to rewatch a video following a detection, look for the corresponding purple strip.  The video clip will then be played from the continuous video. |
| You can download a video clip (minimum 1 minute, maximum 10 minutes) using the cloud icon. The video will be downloaded to the local storage on your smartphone. |
| Downloading from the media library |
| **Your motion detection video clips are also available in the media library that can be accessed from the lower portion of the screen.  Touch the video miniature to play the event** which you can then download from the timeline using the cloud icon in the toolbar." |
| [Link:  https://support.somfyprotect.com/hc/en-us/articles/360001319865-How-do-you-download-a-video-clip-if-motion-is-detected-] |

24

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

IOT INNOVATIONS LLC,

      Plaintiff,

   v.

SOMFY SYSTEMS, INC.,

      Defendant.

Civil Action No. 9:23-cv-81528-RLR

**JURY TRIAL DEMANDED**

# ATTACHMENT C

# To Plaintiff's Evidence Of Use

U.S. Patent No. 7,394,798

| Claim 16 | |
|---|---|
| 16. A method for controlling network system comprising: | Somfy Systems, Inc. ("Somfy Systems" or "Defendant") uses, causes to be used, sells, offers for sale, provides, supplies, or distributes its home security and control platform and systems, including but not limited those marketed as Somfy Home solutions and Somfy Security System solutions, which include, at least, Somfy's Automated Smart Home & Controls Solutions (including but not limited to Somfy's Connect Main Controller and IP/io Gateway, myLink™ RTS Smartphone and Tablet Interface 120V AC, TaHoma Switch, TaHoma Gateway, and TaHoma® RTS/Zigbee Smartphone and Tablet Interface, animeo IP/RS485 and the animeo IP Building Controller, Sub Controller, and IB+Touch Building Controller 8 Zone), its wireless/RTS Motorized Products (including but not limited to all Somfy motorized controls that integrate with TaHoma, myLink, the Main Controller and IP/io Gateway, and/or animeo IP/RS485, such as the Oximo®, Altus®, Glydea®, Irismo™, Sonesse®, Sunea®, Orea, Eolis, Sunis, Soliris, Clever™, Maestria™, and Cord Lift branded wireless motors like the 540R2 RTS CMO, 525A2 RTS CMO, 550R2 RTS CMO, 535A2 RTS CMO, Oximo™ RTS 525A2, Oximo™ RTS 550R2, Altus® RTS 530R2, Altus® RTS 506S2 , Altus® RTS 680R2, Altus® RTS 660R2, Altus® RTS 6100R2, Altus® RTS 540R2, Altus® RTS 535A2, Altus® RTS 409R2 RH with Fast Connector, Altus® RTS 525A2, Altus® RTS 550R2, Glydea® ULTRA 60 Motor RTS with 10' Plug, Glydea® ULTRA 35 Motor RTS with 10' Plug, Glydea® ULTRA 60 Motor RTS with 10' Plug, Irismo™ 45 WireFree RTS, Irismo™ 35 WireFree RTS, Irismo™ 35 (Mini DC) RTS, Irismo™ 45 (Mini DC) RTS, Sonesse® 40 RTS 404S2 RH with Fast Connector, Sonesse® ULTRA 506A2 RTS, Sonesse® ULTRA 504 A8 DC RTS, Sonesse® 506S2 RTS, Sonesse® 510S2 RTS, Sonesse® 510S2 RTS RH, Sonesse® 506S2 RTS RH, Sonesse® 30 DCT 24V DC,  Sonesse® 30 RTS 24V DC, Sonesse® 40 RTS 406A2 RH with Fast Connector, Sonesse® 40 RTS 404A2 RH with Fast Connector, Sonesse® 40 RTS 409R2 RH with Fast Connector, Sonesse® 28 WireFree™ RTS (Li-ion and External Battery), Sonesse® 40 WireFree™ RTS (Li-ion and External Battery), Sonesse® ULTRA 30 WireFree™ RTS (Li-ion and External Battery), Sonesse® 506A2 RTS RH 24V DC, Sonesse® 30 24V DC Zigbee, Sonesse® 30 RS485, Sonesse® 50 RS485, LT50 RS485, Sunea® RTS CMO 535A2 (with 18" Fast Connector, Black Cable), Sunea® RTS CMO 525A2 (with 18" Fast Connector), Sunea® RTS CMO 535A2 (with 18" Fast Connector), Sunea® RTS CMO 550R2 (with 18" Fast Connector), Cord Lift WireFree™ TL25 Motor, Roll Up 28 WireFree™ RTS V2 (Li-ion and External Battery), T3.5 ESP Hz 6Nm 18rpm 12V DC KIT, T3.5 ESP Hz 3Nm 23rpm 12V DC, T3.5 ESP Hz 3Nm 23rpm 12V DC KIT, T3.5 ESP Hz 3Nm 12rpm 12V DC KIT, T3.5 ESP Hz 10Nm 12rpm 12V DC, T3.5 ESP Hz 6Nm 18rpm 12V DC, T5 Hz 10Nm 35rpm 120V, T5 Hz 15Nm 18rpm 120V, T5 Hz 25Nm 18rpm 120V, T5 Hz 35Nm 18rpm 120V, T5 Hz 30Nm 12rpm 120V, T5 Hz 50Nm 12rpm 120V, T5 Hz 10Nm 12rpm 120V, T5 Hz 20Nm 12rpm 120V, T6 Hz 80Nm 14rpm 120V, T6 Hz 100Nm 14rpm 120V, Orea RTS 550R2, Orea RTS 535A2,  Clever™ Tilt Blind Motors and 6, 4, 3 or 2 piece Motor Kits (with or |

1

U.S. Patent No. 7,394,798

| Claim 16 | |
|---|---|
| | without rechargeable batteries), Radio RTS Card (Plug-in Module), DM15Hz 15Nm 18rpm 120V, DM15Hz 25Nm 18rpm 120V, DM15Hz 30Nm 12rpm 120V, DM15Hz 35Nm 18rpm 120V, DM15Hz 50Nm 12rpm 120V, DM16Hz 60Nm 14rpm 120V With NEMA plug, DM16Hz 80Nm 14rpm 120V With NEMA plug, DM16Hz 100Nm 14rpm 120V With NEMA plug, Maestria™ RTS 550R2 Maestria™ RTS 510A2, Maestria™ RTS 525A2, Maestria™ RTS 535A2), Smart Sensors (Ondeis® WireFree RTS Rain & Sun Sensors, Eolis RTS 60 MPH Wind Sensor 24V DC Kit, Eolis 3D WireFree™ RTS Wind Sensor (White, Off-White, and Black), Sunis Outdoor WireFree™ RTS Sun Sensor, Soliris RTS Sun and Wind Sensor 24V DC Kit, Eolis RTS Wind Sensor 24V DC Kit), Smart Hosts, Smart Lighting, Smart Fixtures, Smart Keypads, Smart Home Apps (including but not limited to Somfy Protect, TaHoma North America, TaHoma pro, myLink, Help Me, and Somfy Set&Go Connect Pro), Smart Cameras (including but not limited to the Somfy One, One+, Indoor Camera, and Outdoor Camera), Smart Remotes, Z-Wave, Somfy Server(s), and Somfy's encryption technologies and its cellular and Wi-Fi capabilities, and their associated hardware and software and functionalities (hereinafter, "Accused Products"),, which perform a method for controlling network system.

The Accused Products that are the subject of the chart are an illustrative example. The infringement analyses set forth below is applicable to all of the Accused Products that provide the functionalities claimed herein and have substantially the same structure and function in substantially the same manner. For example, Defendant's myLink and TaHoma Smart Home Solutions include all of the identified features and elements depicted below. |

2

U.S. Patent No. 7,394,798

Claim 16



https://asset.somfy.com/Document/1236644e-2ec0-4604-92c0-6211e3e1d1b8_myLink_
v2_&_Legacy_Spec_Sheet_5.4.2020.pdf?__hstc=149881833.8e30f17c8d89fddf1f1db25c83db b4a7.
1707843615400.1707843615400.1707843615400.1&__hssc=149881833.5.1707843615401&__hsfp=382848
9826

3

U.S. Patent No. 7,394,798

| Claim 16 | |
|---|---|



**MOTORS**

- Tilt 50 WireFree™ Through-Shaft Zigbee
- Glydea ULTRA Zigbee
- Sonesse® ULTRA 50 AC
- Sonesse® 30 24V DC

**NETWORK**

- Zigbee
- TaHoma switch
- THIRD-PARTY
- RTS
- RTS

**USER INTERFACES**

- Third-party Control System
- Android Device
- iOS Device
- WiFi
- Ysia Zigbee

USER INTERFACES

https://asset.somfy.com/Document/d19a8281-26b8-4a52-8df0-70ce66186546_
TaHoma%20switch_Spec%20Sheet_2023.12.05.pdf?_hstc=149981833.8e30f17c8d89fddf1f1db25c83dbb4a
7.1707843615400.1707843615400.1707848137808.2&__hssc=149981833.34.1707848137808&__hsfp=3828
489826

4

U.S. Patent No. 7,394,798

**Claim 16**



https://asset.somfy.com/Document/047db922-31e1-475c-96d9-e8d5cbed2cca_Tahoma-Zigbee%20Spec%20Sheet_2022.01.06.pdf?__hstc=149881833.8e30f17c8d89fddf1f1db25c83dbb4a7.1707843615400.1707843615400.1707848137808.2&__hssc=149881833.35.1707848137808&__hsfp=38284 89826

5

U.S. Patent No. 7,394,798

| Claim 16 | |
|---|---|
| | Somfy (Z-Wave to Radio Technology Somfy Interface) ecosystem (including devices (nodes)) performs, and/or instructs its customers to perform, a method of controlling a network system. |
| | Somfy provides Z-Wave to Radio Technology Somfy Interface ecosystem which utilizes a Z-Wave communication protocol. The Z-Wave to Radio Technology Somfy Interface (ZRTSI) can be programmed and controlled manually to configure the z-wave compatible devices e.g. (Motors etc. in home automation system). |

**[Z-WAVE]**

Integration Device

Z-Wave to Radio
Technology Somfy
Interface (ZRTSI)

Cat. No. 1811265

- Totally redesigned for simplified integration of Somfy-powered
  RTS motorized products into Z-Wave-based automation systems
- LCD screen with programming prompts
- Intuitive menu-driven programming
- Supports up to 16 channels of RTS motorized products
- Replaces the original ZRTSI (#1870202)

More Details >

[Link: https://www.somfysystems.com/en-us/discover-somfy/power-technology/z-wave]

6

U.S. Patent No. 7,394,798

| Claim 16 | |
|---|---|
| | **[Z-WAVE® TO RADIO TECHNOLOGY SOMFY® INTERFACE]**<br><br>**Somfy's Z-Wave® to Radio Technology Somfy® Interface**<br><br><br><br>The ZRTSI can be used to control up to 16 individual RTS motorized products or 16 groups of RTS motorized products within Z-Wave home automation systems. By incorporating a ZRTSI into Somfy's TaHomA® home automation system, users can combine their Somfy-powered motorized products with lighting and thermostat settings for a convenient yet energy efficient home control solution.<br><br>Z-Wave certification #ZC08-1308005<br><br>In TaHomA's dashboard, users can easily access the "MY" position for any RTS motorized product.<br><br>[Link: https://asset.somfy.com/Document/1046aed2-c88d-454d-86a4-e5c2f61604d7_ZRTSI_Flyer_v7.pdf, P. 2] |
| temporarily forming a first group including a first plurality of network nodes, | ZRTSI performs the step of temporarily forming a first group including a first plurality of network nodes.<br><br>The ZRTSI temporarily forms a first group (e.g., domain) including a first plurality of network nodes (e.g. Motors, actuators, lights etc.). |

7

U.S. Patent No. 7,394,798

| Claim 16 |
|---|
| **6    Network architecture and reference models**<br><br>**6.1    Network architecture and topology**<br><br>**6.1.1    Basic principles of ITU-T G.9959 networking**<br><br>The following are the basic principles of the ITU-T G.9959 network architecture:<br><br>1.    The network is divided into domains:<br><br>• The division of physical nodes into domains is logical.<br><br>• Domains may fully or partially overlap as there is no physical separation.<br><br>• The number of domains is limited by the 32-bit HomeID identifier.<br><br>• Each domain is identified by a unique HomeID.<br><br>• Nodes of different domains may communicate with each other via inter-domain bridges (IDB).<br><br>[ITU-T G.9959, P. 10]<br><br>**[Z-WAVE TO RADIO TECHNOLOGY SOMFY INTERFACE]**<br><br>**NOTE: For Group Programming, do not select another RTS channel on the ZRTSI. Repeat RTS programming steps for each individual motorized product to include in the same group, and then select the next available channel on the ZRTSI as needed.**<br><br>[Link: https://www.homecontrols.com/homecontrols/products/pdfs/SO-Somfy/SO1811265-Manual.pdf, P. 5]<br><br>**[Z-WAVE]** |

U.S. Patent No. 7,394,798

| Claim 16 | |
|---|---|
| | Z-Wave(R) is an interoperable, 2-way RF mesh networking technology used for both residential and light commercial automation applications. Z-Wave systems include lighting, home access control, household appliances and more. All Z-Wave enabled devices (or nodes) in a system form a mesh network, allowing commands to "hop" from one node to the next, ensuring commands are received regardless of obstacles or distance. |
| | [Link: https://www.somfysystems.com/en-us/discover-somfy/power-technology/z-wave] |
| temporarily forming a second group including a second plurality of network nodes, | ZRTSI performs the step of temporarily forming a second group including a second plurality of network nodes. |
| | The ZRTSI temporarily forms a second group (e.g., domain) including a second plurality of network nodes (e.g. Motors, actuators, lights etc.). |
| | **6      Network architecture and reference models** |
| | **6.1     Network architecture and topology** |
| | **6.1.1    Basic principles of ITU-T G.9959 networking** |
| | The following are the basic principles of the ITU-T G.9959 network architecture: |
| | 1.    The network is divided into domains: |
| | •    The division of physical nodes into domains is logical. |
| | •    Domains may fully or partially overlap as there is no physical separation. |
| | •    The number of domains is limited by the 32-bit HomeID identifier. |
| | •    Each domain is identified by a unique HomeID. |
| | •    Nodes of different domains may communicate with each other via inter-domain bridges (IDB). |
| | [ITU-T G.9959, P. 10] |

9

U.S. Patent No. 7,394,798

| Claim 16 | |
|---|---|
| | **[Z-WAVE TO RADIO TECHNOLOGY SOMFY INTERFACE]** |
| | NOTE: For Group Programming, do not select another RTS channel on the ZRTSI. Repeat RTS programming steps for each individual motorized product to include in the same group, and then select the next available channel on the ZRTSI as needed. |
| | [Link: https://www.homecontrols.com/homecontrols/products/pdfs/SO-Somfy/SO1811265-Manual.pdf, P. 5] |
| | **[Z-WAVE]** |
| | Z-Wave(R) is an interoperable, 2-way RF mesh networking technology used for both residential and light commercial automation applications. Z-Wave systems include lighting, home access control, household appliances and more. All Z-Wave enabled devices (or nodes) in a system form a mesh network, allowing commands to "hop" from one node to the next, ensuring commands are received regardless of obstacles or distance. |
| | [Link: https://www.somfysystems.com/en-us/discover-somfy/power-technology/z-wave] |
| sending and receiving information between the first group and the second group, | ZRTSI performs the step of sending and receiving information between the first group and the second group. |
| | **6      Network architecture and reference models** |
| | **6.1      Network architecture and topology** |
| | **6.1.1      Basic principles of ITU-T G.9959 networking** |
| | The following are the basic principles of the ITU-T G.9959 network architecture: |
| | 1.      The network is divided into domains: |
| | •      The division of physical nodes into domains is logical. |
| | •      Domains may fully or partially overlap as there is no physical separation. |
| | •      The number of domains is limited by the 32-bit HomeID identifier. |
| | •      Each domain is identified by a unique HomeID. |
| | •      Nodes of different domains may communicate with each other via inter-domain bridges (IDB). |

10

U.S. Patent No. 7,394,798

| Claim 16 | |
|---|---|
| | [ITU-T G.9959, P. 10]<br><br>**[Z-WAVE]**<br><br>Z-Wave(R) is an interoperable, 2-way RF mesh networking technology used for both residential and light commercial automation applications. Z-Wave systems include lighting, home access control, household appliances and more. All Z-Wave enabled devices (or nodes) in a system form a mesh network, allowing commands to "hop" from one node to the next, ensuring commands are received regardless of obstacles or distance.<br><br>[Link: https://www.somfysystems.com/en-us/discover-somfy/power-technology/z-wave] |
| wherein a first network node included in the first plurality of network nodes and the second plurality of network nodes sends and receives the information between the first group and the second group; | ZRTSI performs the step of wherein a first network node included in the first plurality of network nodes and the second plurality of network nodes sends and receives the information between the first group and the second group.<br><br>3.   Nodes of different ITU-T G.9959 domains:<br><br>•   Nodes in different domains can communicate via IDB. The IDB function is a bridging function associated with one dedicated node in each network domain.<br><br>[ITU-T G.9959, P. 11]<br><br>**[Z-WAVE]**<br><br>Z-Wave(R) is an interoperable, 2-way RF mesh networking technology used for both residential and light commercial automation applications. Z-Wave systems include lighting, home access control, household appliances and more. All Z-Wave enabled devices (or nodes) in a system form a mesh network, allowing commands to "hop" from one node to the next, ensuring commands are received regardless of obstacles or distance.<br><br>[Link: https://www.somfysystems.com/en-us/discover-somfy/power-technology/z-wave] |

U.S. Patent No. 7,394,798

| Claim 16 | |
|---|---|
| wherein the information is sent and received using a direct contact via a radio connection between at least two network nodes of the first group and the second group. | ZRTSI performs the step of wherein the information is sent and received using a direct contact via a radio connection between at least two network nodes of the first group and the second group.<br><br>3.   Nodes of different ITU-T G.9959 domains:<br><br>• Nodes in different domains can communicate via IDB. The IDB function is a bridging function associated with one dedicated node in each network domain.<br><br>[ITU-T G.9959, P. 11]<br><br>**[Z-WAVE]**<br><br>Z-Wave(R) is an interoperable, 2-way RF mesh networking technology used for both residential and light commercial automation applications. Z-Wave systems include lighting, home access control, household appliances and more. All Z-Wave enabled devices (or nodes) in a system form a mesh network, allowing commands to "hop" from one node to the next, ensuring commands are received regardless of obstacles or distance.<br><br>[Link: https://www.somfysystems.com/en-us/discover-somfy/power-technology/z-wave] |

12

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

IOT INNOVATIONS LLC,

             Plaintiff,

     v.

SOMFY SYSTEMS, INC.,

             Defendant.

Civil Action No. 9:23-cv-81528-RLR

**JURY TRIAL DEMANDED**

# ATTACHMENT D

# To Plaintiff's Evidence Of Use

U.S. Patent No. 7,974,266

| Claim 1 | |
|---|---|
| 1. A method of classifying data comprising: | Somfy Systems, Inc. ("Somfy Systems" or "Defendant") uses, causes to be used, sells, offers for sale, provides, supplies, or distributes its home security and control platform and systems, including but not limited those marketed as Somfy Home solutions and Somfy Security System solutions, which include, at least, Somfy's Connect Main Controller and IP/io Gateway, myLink™ RTS Smartphone and Tablet Interface 120V AC, TaHoma Switch, TaHoma Gateway, and TaHoma® RTS/Zigbee Smartphone and Tablet Interface, animeo IP/RS485 and the animeo IP Building Controller, Sub Controller, and IB+Touch Building Controller 8 Zone), its wireless/RTS Motorized Products (including but not limited to all Somfy motorized controls that integrate with TaHoma, myLink, the Main Controller and IP/io Gateway, and/or animeo IP/RS485, such as the Oximo®, Altus®, Glydea®, Irismo™ Sonesse® Sunea™ Orea, Eolis, Sunis, Soliris, Clever™, Maestria™, and Cord Lift branded wireless motors like the 540R2 RTS CMO, 525A2 RTS CMO, 550R2 RTS CMO, 535A2 RTS CMO, 530R2 RTS CMO, Oximo™ RTS 525A2, Oximo™ RTS 550R2, Altus® RTS 530R2, Altus® RTS 535A2, Altus® RTS 506S2 , Altus® RTS 680R2, Altus® RTS 660R2, Altus® RTS 6100R2, Altus® RTS 540R2, Altus® RTS 535A2, Altus® RTS 409R2 RH with Fast Connector, Altus® RTS 525A2, Altus® RTS 550R2, Glydea® ULTRA 60 Motor RTS with 10' Plug, Glydea® ULTRA 35 Motor RTS with 10' Plug, Glydea® ULTRA 60 Motor RTS with 10' Plug, Irismo™ 45 WireFree RTS, Irismo™ 35 WireFree RTS, Irismo™ 35 (Mini DC) RTS, Irismo™ 45 (Mini DC) RTS, Sonesse® 40 RTS 404S2 RH with Fast Connector, Sonesse® ULTRA 506A2 RTS, Sonesse® ULTRA 504 A8 DC RTS, Sonesse® 50 6S2 RTS, Sonesse® 510S2 RTS, Sonesse® 510S2 RTS RH, Sonesse® 506S2 RTS RH, Sonesse® 30 DCT 24V DC, Sonesse® 30 RTS 24V DC, Sonesse® 40 RTS 406A2 RH with Fast Connector, Sonesse® 40 RTS 404A2 RH with Fast Connector, Sonesse® 40 RTS 409R2 RH with Fast Connector, Sonesse® 28 WireFree™ RTS (Li-ion and External Battery), Sonesse® 40 WireFree™ RTS (Li-ion and External Battery), Sonesse® ULTRA 30 WireFree™ RTS (Li-ion and External Battery), Sonesse® 506A2 RTS RH 24V DC, Sonesse® 30 24V DC Zigbee, Sonesse® 30 RS485, Sonesse® 50 RS485, LT50 RS485, Sunea® RTS CMO 535A2 (with 18" Fast Connector, Black Cable), Sunea® RTS CMO 525A2 (with 18" Fast Connector), Sunea® RTS CMO 535A2 (with 18" Fast Connector), Sunea® RTS CMO 550R2 (with 18" Fast Connector), Cord Lift WireFree™ TL25 Motor, Roll Up 28 WireFree™ RTS V2 (Li-ion and External Battery), T3.5 ESP Hz 6Nm 18rpm 12V DC KIT, T3.5 ESP Hz 3Nm 23rpm 12V DC, T3.5 ESP Hz 3Nm 23rpm 12V DC KIT,  T3.5 ESP Hz 3Nm 12rpm 12V DC KIT, T3.5 ESP Hz 10Nm 12rpm 12V DC, T3.5 ESP Hz 6Nm 18rpm 12V DC, T5 Hz 10Nm 35rpm 120V, T5 Hz 15Nm 18rpm 120V, T5 Hz 25Nm 18rpm 120V, T5 Hz 35Nm 18rpm 120V, T5 Hz 30Nm 12rpm 120V, T5 Hz 50Nm 12rpm 120V, T5 Hz 10Nm 12rpm 120V, T5 Hz 20Nm 12rpm 120V, T6 Hz 80Nm 14rpm 120V, T6 Hz 100Nm 14rpm 120V, Orea RTS 550R2, Orea RTS 535A2, Clever™ Tilt Blind Motors and 6, 4, 3 or 2 piece Motor Kits (with or without rechargeable batteries), Radio RTS Card (Plug-in Module), DM15Hz 15Nm 18rpm 120V, DM15Hz 25Nm 18rpm 120V, DM15Hz 30Nm 12rpm 120V, DM15Hz 35Nm |

1

U.S. Patent No. 7,974,266

| Claim 1 | |
|---------|--|
| | 18rpm 120V, DM15Hz 50Nm 12rpm 120V, DM16Hz 60Nm 14rpm 120V With NEMA plug, DM16Hz 80Nm 14rpm 120V With NEMA plug, DM16Hz 100Nm 14rpm 120V With NEMA plug, Maestria™ RTS 550R2 Maestria™ RTS 510A2, Maestria™ RTS 525A2, Maestria™ RTS 535A2), Smart Sensors (Ondeis® WireFree RTS Rain & Sun Sensors, Eolis RTS 60 MPH Wind Sensor 24V DC Kit, Eolis 3D WireFree™ RTS Wind Sensor (White, Off-White, and Black), Sunis Outdoor WireFree™ RTS Sun Sensor, Soliris RTS Sun and Wind Sensor 24V DC Kit, Eolis RTS Wind Sensor 24V DC Kit), Smart Hosts, Smart Lighting, Smart Fixtures, Smart Keypads, Smart Home Apps (including but not limited to Somfy Protect, TaHoma North America, TaHoma pro, myLink, Help Me, and Somfy Set&Go Connect Pro), Smart Cameras (including but not limited to the Somfy One, One+, Indoor Camera, and Outdoor Camera), Smart Remotes, Z-Wave, Somfy Server(s), and Somfy's encryption technologies and its cellular and Wi-Fi capabilities, and their associated hardware and software and functionalities (hereinafter, "Accused Products"), which perform a method of classifying data.

The Accused Products that are the subject of the chart are an illustrative example. The infringement analyses set forth below is applicable to all of the Accused Products that provide the functionalities claimed herein and have substantially the same structure and function in substantially the same manner. For example, Defendant's myLink and TaHoma Smart Home Solutions include all of the identified features and elements depicted below. |

2

U.S. Patent No. 7,974,266

**Claim 1**



https://asset.somfy.com/Document/12366a4e-2ec0-4604-92c0-6211e3e1d1b8_myLink_
v2_&_Legacy_Spec_Sheet_5.4.2020.pdf?__hstc=149881833.8e30f17c8d89fddf1f1db25c83dbb4a7.
1707843615400.1707843615400.1707843615400.1&__hssc=149881833.5.1707843615401&__hsfp=3828489826

3

U.S. Patent No. 7,974,266

**Claim 1**



MOTORS

- Tilt 50 WireFree™ Through-Shaft ZigBee
- Glydea ULTRA ZigBee
- Sonesse® ULTRA 50 AC
- Sonesse® 30 24V DC

NETWORK

- zigbee
- THIRD-PARTY
- TaHoma switch
- RTS
- RTS

USER INTERFACES

- Third-party Control System
- Android Device
- iOS Device
- WiFi
- Ysia ZigBee

USER INTERFACES

https://asset.somfy.com/Document/d19a8281-26b8-4a52-8df0-70ce66186546_TaHoma%20switch_Spec%20Sheet_2023.12.05.pdf?_hstc=149881833.8e30f17c8d89fddf1f1db25c83dbb4a7.1707843615400.1707843615400.1707848137808.2&_hssc=149881833.34.1707848137808&_hsfp=3828489826

4

U.S. Patent No. 7,974,266

**Claim 1**



https://asset.somfy.com/Document/047db922-31e1-475c-96d9-e8d5cbed2cca_Tahoma-Zigbee%20Spec%20Sheet_2022.01.06.pdf?_hstc=149881833.8e30f17c8d89fddf1f1db25c83dbb4a7.1707843615400.1707843615400.1707848137808.2&__hssc=149881833.35.1707848137088&__hsfp=3828489826

5

U.S. Patent No. 7,974,266

| Claim 1 | |
|---|---|
| | Somfy's Connect Main Controller & IP/io Gateway performs, a method of classifying data. |
| | Connect Main Controller & IP/io Gateway performs classify data. |
| | To enhance the system security, the Connect Main Controller & IP/io Gateway systems use "animeo Connect Operating Software" to classify IP data and supports Internet Protocol version 6 ("IPv6"). The main controller receives the data and from any source apparatus (any PC, laptop etc.) and perform classification of data. |
| | [ANIMEO CONNECT MAIN CONTROLLER REF. 1860304] |
| | The Connect Main Controller allows |
| | > to provide advanced functions related to the comfort of the occupants, energy optimization and system security with the use of the "animeo Connect Operating Software": Web remote, shadow tracking, sun tracking, ... |
| | OVERVIEW |
| | The Connect Main Controller is an IPV6 building automation manager to provide advanced functions for any kind of shades, blinds, or window products. |

6

U.S. Patent No. 7,974,266

| Claim 1 |
|---|
| <br><br>[Link: https://service.somfy.com/downloads/bui_v4/cmain-controller_1860304_ds_20180930_en1.pdf, P. 1, 2]<br><br>**[ANIMEO CONNECT IP/IO GATEWAY REF. 1860310]**<br><br>**OVERVIEW**<br><br>The IP/io Gateway is an IPV6 interface with an io radio transceiver which allows bidirectional communication with any io motor, io remote control and other IP devices of the system. |

7

## Claim 1

**BEST WIRING PRACTICES**

The diagram shown below is to show the connections from product to product. This device could be used in other configurations than shown below.



[Link: https://service.somfy.com/downloads/bui_v4/cip_io-gateway_18603102_ds_20180930_en.pdf, P. 1, 2]

**[ANIMEO CONNECT IP/IO GATEWAY]**

**C COMMISSIONING AND OPERATING**

Complete installation of all devices.
Connect the PC to the IP input.
Run the animeo Connect Operating Software and follow the procedure described in the software guide.

[Link: https://service.somfy.com/downloads/bui_v4/connect-ipio-gateway_5137982c.pdf, P. 6]

U.S. Patent No. 7,974,266

| Claim 1 | |
|---|---|
| receiving Internet Protocol (IP) data at a first node; | Somfy's Connect Main Controller performs the step of receiving Internet Protocol (IP) data at a first node.<br><br>A first node (e.g., the Connect Main controller), allowing it to receive IP data.<br><br>**[ANIMEO CONNECT MAIN CONTROLLER REF. 1860304]**<br><br>OVERVIEW<br><br>The Connect Main Controller is an IPv6 building automation manager to provide advanced functions for any kind of shades, blinds, or window products.<br><br>BEST WIRING PRACTICES<br><br>The diagram shown below is to show the connections from product to product. This device could be used in other configurations than shown below.<br><br><br><br>[Link: https://service.somfy.com/downloads/bui_v4/cmain-controller_1860304_ds_20180930_en1.pdf, P. 1, 2] |

9

U.S. Patent No. 7,974,266

| Claim 1 |  |
|---|---|
| classifying the IP data received at the first node based on a last destination address entry of a plurality of destination address entries in a header of the IP data; and | Somfy's Connect Main Controller performs the step of classifying the IP data received at the first node based on a last destination address entry of a plurality of destination address entries in a header of the IP data.<br><br>A Segment Routing Header (SRH) in IPv6 includes a Segment List including a plurality of destination address entries (e.g., Segments) and a Type-Length-Value (TLV) field.<br><br>## 2. Segment Routing Header<br><br>Routing headers are defined in [RFC8200]. The Segment Routing Header (SRH) has a new Routing Type (4).<br><br>The SRH is defined as follows: |

U.S. Patent No. 7,974,266

## Claim 1

```
 0                   1                   2                   3
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| Next Header   |  Hdr Ext Len  | Routing Type  | Segments Left |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
| Last Entry    |     Flags     |              Tag              |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
|            Segment List[0] (128-bit IPv6 address)             |
|                                                               |
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
                              ...
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|                                                               |
|            Segment List[n] (128-bit IPv6 address)             |
|                                                               |
|                                                               |
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
//                                                             //
//         Optional Type Length Value objects (variable)      //
//                                                             //
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
```

where:

Segment List[0..n]:  128-bit IPv6 addresses representing the nth segment in the Segment List. The Segment List is encoded starting from the last segment of the SR Policy. That is, the first element of the Segment List (Segment List[0]) contains the last segment of the SR Policy, the second element contains the penultimate segment of the SR Policy, and so on.

### 2.1.  SRH TLVs

This section defines TLVs of the Segment Routing Header.

A TLV provides metadata for segment processing. The only TLVs defined in this document are the HMAC (Section 2.1.2) and padding TLVs (Section 2.1.1). While processing the SID defined in

11

U.S. Patent No. 7,974,266

| Claim 1 | |
|---|---|
| | [RFC 8754, P. 4-6]

```
 0
 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5
                      1
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+
|     Type      |    Length     | Variable-length data
+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+ ---------------------
```

Type:  An 8-bit codepoint from the "Segment Routing Header TLVs" [IANA-SRHTLV].
       Unrecognized Types **MUST** be ignored on receipt.

Length:  The length of the variable-length data field in bytes.

Variable-length data:   data that is specific to the Type.

Type Length Value (TLV) entries contain **OPTIONAL** information that may be used by the node identified in the Destination Address (DA) of the packet.

[RFC 8754, P. 7]

One type of TLC is the Hashed Message Authentication Code (HMAC) TLV.  The HMAC TLV is used to classify the IP data (e.g., that the SRH of the packet is authorized and unmodified) based on the last destination address (e.g., the Last Entry is used in the HMAC computation). |

12

U.S. Patent No. 7,974,266

| Claim 1 | |
|---|---|
| | **2.1.2. HMAC TLV**<br><br>Alignment requirement: 8n<br><br>The keyed Hashed Message Authentication Code (HMAC) TLV is **OPTIONAL** and has the following format:<br><br>```<br> 0                   1                   2                   3<br> 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1 2 3 4 5 6 7 8 9 0 1<br>+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+<br>|   Type        |    Length     |D|         RESERVED            |<br>+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+<br>|                   HMAC Key ID (4 octets)                      |<br>+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+<br>|                                                              |<br>|                   HMAC (variable)                           //<br>|                                                             //<br>+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+-+<br>```<br><br>where:<br><br>Type:   5.<br><br>Length:   The length of the variable-length data in bytes.<br><br>D:   1 bit, 1 indicates that the Destination Address verification is disabled due to use of a reduced Segment List (see Section 4.1.1).<br><br>RESERVED:   15 bits. **MUST** be 0 on transmission.<br><br>HMAC Key ID:   A 4-octet opaque number that uniquely identifies the pre-shared key and algorithm used to generate the HMAC.<br><br>HMAC:   Keyed HMAC, in multiples of 8 octets, at most 32 octets.<br><br>The HMAC TLV is used to verify that the SRH applied to a packet was selected by an authorized party and to ensure that the segment list is not modified after generation. This also allows for verification that the current segment (by virtue of being in the authorized Segment List) is authorized for use. The SR domain ensures that the source node is permitted to use the source address in the packet via ingress filtering mechanisms as defined in BCP 84 [RFC3704] or other strategies as appropriate.<br><br>[RFC 8754, P. 9] |

13

U.S. Patent No. 7,974,266

| Claim 1 | |
|---|---|
| | The HMAC field is the output of the HMAC computation as defined in [RFC2104], using: |
| | • key: The pre-shared key identified by HMAC Key ID |
| | • HMAC algorithm: Identified by the HMAC Key ID |
| | • Text: A concatenation of the following fields from the IPv6 header and the SRH, as it would be received at the node verifying the HMAC: |
| | ◦ IPv6 header: Source address (16 octets) |
| | ◦ SRH: Last Entry (1 octet) |
| | ◦ SRH: Flags (1 octet) |
| | ◦ SRH: HMAC 16 bits following Length |
| | ◦ SRH: HMAC Key ID (4 octets) |
| | ◦ SRH: All addresses in the Segment List (variable octets) |
| | [RFC 8754, P. 10] |
| | Last Entry:  contains the index (zero based), in the Segment List, of the last element of the Segment List. |
| | [RFC 8754, P. 5] |
| forwarding the IP data from the first node to a second node, wherein the IP data is classified at the second node based | Somfy System's Connect Main Controller performs the step of forwarding the IP data from the first node to a second node, wherein the IP data is classified at the second node based on the last destination address entry of the plurality of destination address entries in the header of the IP data. |
| | The first node (e.g., the Connect Main Controller) forwards the IP data to a second node (e.g., IP/io Gateway, etc.), and the IP data is classified at the second node based on the last destination address entry of the plurality of entries in the header (e.g., the SRH). |
| | The second node (IP/io Gateway) performs HMAC verification to classify the IP data using the same HMAC computation as the first node. |

14

U.S. Patent No. 7,974,266

| Claim 1 | |
|---|---|
| on the last destination address entry of the plurality of destination address entries in the header of the IP data. | The HMAC verification begins by checking that the current segment is equal to the destination address of the IPv6 header. The check is successful when either: |
| | • HMAC D bit is 1 and Segments Left is greater than Last Entry, or |
| | • HMAC Segments Left is less than or equal to Last Entry, and the destination address is equal to Segment List[Segments Left]. |
| | The HMAC field is the output of the HMAC computation as defined in [RFC2104], using: |
| | • key: The pre-shared key identified by HMAC Key ID |
| | • HMAC algorithm: Identified by the HMAC Key ID |
| | • Text: A concatenation of the following fields from the IPv6 header and the SRH, as it would be received at the node verifying the HMAC: |
| | ○ IPv6 header: Source address (16 octets) |
| | ○ SRH: Last Entry (1 octet) |
| | ○ SRH: Flags (1 octet) |
| | ○ SRH: HMAC 16 bits following Length |
| | ○ SRH: HMAC Key ID (4 octets) |
| | ○ SRH: All addresses in the Segment List (variable octets) |
| | [RFC 8754, P. 10] |

15

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IOT INNOVATIONS LLC, | Civil Action No. 9:23-cv-81528-RLR |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| SOMFY SYSTEMS, INC., | |
| Defendant. | |

# ATTACHMENT E

# To Plaintiff's Evidence Of Use

U.S. Patent No. 7,974,260

| Claim 1 | |
|---|---|
| 1. A device comprising: | Somfy Systems, Inc. ("Somfy Systems" or "Defendant") uses, causes to be used, sells, offers for sale, provides, supplies, or distributes devices in its home security and control platform and systems, including but not limited those marketed as Somfy Home solutions and Somfy Security System solutions, which include, at least, Somfy's Automated Smart Home & Controls Solutions (including but not limited to Somfy's Connect Main Controller and IP/io Gateway, myLink™ RTS Smartphone and Tablet Interface 120V AC, TaHoma Switch, TaHoma Gateway, and TaHoma® RTS/Zigbee Smartphone and Tablet Interface, animeo IP/RS485 and the animeo IP Building Controller, Sub Controller, and IB+Touch Building Controller 8 Zone), its wireless/RTS Motorized Products (including but not limited to all Somfy motorized controls that integrate with TaHoma, myLink, the Main Controller and IP/io Gateway, and/or animeo IP/RS485, such as the Oximo® Altus® Glydea® Irismo™ Sonesse® Sunea® Orea, Eolis, Sunis, Soliris, Clever™, Maestria™, and Cord Lift branded wireless motors like the 540R2 RTS CMO, 525A2 RTS CMO, 550R2 RTS CMO, 535A2 RTS CMO, 530R2 RTS CMO, Oximo™ RTS 525A2, Oximo™ RTS 550R2, Altus® RTS 530R2, Altus® RTS 50652 , Altus® RTS 680R2, Altus® RTS 660R2, Altus® RTS 6100R2, Altus® RTS 540R2, Altus® RTS 535A2, Altus® RTS 409R2 RH with Fast Connector, Altus® RTS 525A2, Altus® RTS 550R2, Glydea® ULTRA 60 Motor RTS with 10' Plug, Glydea® ULTRA 35 Motor RTS with 10' Plug, Glydea® ULTRA 60 Motor RTS with 10' Plug, Irismo™ 45 WireFree RTS, Irismo™ 35 WireFree RTS, Irismo™ 35 (Mini DC) RTS, Irismo™ 45 (Mini DC) RTS, Sonesse® 40 RTS 404S2 RH with Fast Connector, Sonesse® ULTRA 506A2 RTS, Sonesse® ULTRA 504 A8 DC RTS, Sonesse® 506S2 RTS, Sonesse® 510S2 RTS, Sonesse® 510S2 RTS RH, Sonesse® 50652 RTS RH, Sonesse® 30 DCT 24V DC, Sonesse® 30 RTS 24V DC, Sonesse® 40 RTS 406A2 RH with Fast Connector, Sonesse® 40 RTS 404A2 RH with Fast Connector, Sonesse® 40 RTS 409R2 RH with Fast Connector, Sonesse® 28 WireFree™ RTS (Li-ion and External Battery), Sonesse® 40 WireFree™ RTS (Li-ion and External Battery), Sonesse® ULTRA 30 WireFree™ RTS (Li-ion and External Battery), Sonesse® 506A2 RTS RH 24V DC, Sonesse® 30 24V DC Zigbee, Sonesse® 30 RS485, Sonesse® 50 RS485, LT50 RS485, Sunea® RTS CMO 535A2 (with 18" Fast Connector, Black Cable), Sunea® RTS CMO 525A2 (with 18" Fast Connector), Sunea® RTS CMO 535A2 (with 18" Fast Connector), Sunea® RTS CMO 550R2 (with 18" Fast Connector), Cord Lift WireFree™ TL25 Motor, Roll Up 28 WireFree™ RTS V2 (Li-ion and External Battery), T3.5 ESP Hz 6Nm 18rpm 12V DC KIT, T3.5 ESP Hz 3Nm 23rpm 12V DC, T3.5 ESP Hz 3Nm 23rpm 12V DC KIT, T3.5 ESP Hz 3Nm 12rpm 12V DC KIT, T3.5 ESP Hz 10Nm 12rpm 12V DC, T3.5 ESP Hz 6Nm 18rpm 12V DC, T5 Hz 10Nm 35rpm 120V, T5 Hz 15Nm 18rpm 120V, T5 Hz 25Nm 18rpm 120V, T5 Hz 35Nm 18rpm 120V, T5 Hz 30Nm 12rpm 120V, T5 Hz 50Nm 12rpm 120V, T5 Hz 10Nm 12rpm 120V, T5 Hz 20Nm 12rpm 120V, T6 Hz 80Nm 14rpm 120V, T6 Hz 100Nm 14rpm 120V, Orea RTS 550R2, Orea RTS 535A2, Clever™ Tilt Blind Motors and 6, 4, 3 or 2 piece Motor Kits (with or without rechargeable batteries), Radio RTS Card (Plug-in Module), DM15Hz 15Nm 18rpm 120V, DM15Hz 25Nm |

1

U.S. Patent No. 7,974,260

| Claim 1 | |
|---|---|
| | 18rpm 120V, DM15Hz 30Nm 12rpm 120V, DM15Hz 35Nm 18rpm 120V, DM15Hz 50Nm 12rpm 120V, DM16Hz 60Nm 14rpm 120V With NEMA plug, DM16Hz 80Nm 14rpm 120V With NEMA plug, DM16Hz 100Nm 14rpm 120V With NEMA plug, Maestria™ RTS 550R2 Maestria™ RTS 510A2, Maestria™ RTS 525A2, Maestria™ RTS 535A2), Smart Sensors (Ondeis® WireFree RTS Rain & Sun Sensors, Eolis RTS 60 MPH Wind Sensor 24V DC Kit, Eolis 3D WireFree™ RTS Wind Sensor (White, Off-White, and Black), Sunis Outdoor WireFree™ RTS Sun Sensor, Soliris RTS Sun and Wind Sensor 24V DC Kit, Eolis RTS Wind Sensor 24V DC Kit), Smart Hosts, Smart Lighting, Smart Fixtures, Smart Keypads, Smart Home Apps  (including but not limited to Somfy Protect, TaHoma North America, TaHoma pro, myLink, Help Me, and Somfy Set&Go Connect Pro), Smart Cameras (including but not limited to the Somfy One, One+, Indoor Camera, and Outdoor Camera), Smart Remotes, Z-Wave, Somfy Server(s), and Somfy's encryption technologies and its cellular and Wi-Fi capabilities, and their associated hardware and software and functionalities (hereinafter, "Accused Products").

The Accused Products that are the subject of the chart are an illustrative example.  The infringement analyses set forth below is applicable to all of the Accused Products that provide the functionalities claimed herein and have substantially the same structure and function in substantially the same manner.  For example, Defendant's myLink and TaHoma Smart Home Solutions include all of the identified features and elements depicted below. |

2

U.S. Patent No. 7,974,260

**Claim 1**



https://asset.somfy.com/Document/1236644e-2ec0-4604-92c0-6211e3e1d1b8_myLink_
v2_&_Legacy_Spec_Sheet_5.4.2020.pdf?__hstc=149881833.8e30f17c8d89fddf1fdb25c83dbb4a7.
1707843615400.1707843615400.1707843615400.1&__hssc=149881833.5.1707843615401&__hsfp=382848982

6

3

U.S. Patent No. 7,974,260

**Claim 1**



https://asset.somfy.com/Document/d19a8281-26b8-4a52-8df0-70ce66186546_
TaHoma%20switch_Spec%20Sheet_2023.12.05.pdf?__hstc=149881833.8e30f17c8d89fddf1f1db25c83dbb4a7.
1707843615400.1707843615400.1707848137808.2&__hssc=149881833.34.1707848137808&__hsfp=38284898

26

4

U.S. Patent No. 7,974,260

| Claim 1 | |
|---------|---|
| | <br><br>https://asset.somfy.com/Document/0474db922-31e1-475c-96d9-e8d5cbed2cca_Tahoma-Zigbee%20Spec%20Sheet_2022.01.06.pdf?__hstc=149881833.8e30f17c8d89fddf1f1db25c83dbba47.1707843615400.1707843615400.1707848137808.2&__hssc=149881833.35.1707848137808&__hsfp=38284898<br><br>26<br><br>5 |

U.S. Patent No. 7,974,260

| Claim 1 | |
|---|---|
| | Somfy ("Somfy Outdoor Camera") makes, uses, sells, offers for sale, and/or imports a device. |
| | Somfy, Inc. (Somfy Outdoor Camera) which implements Bluetooth 4.0. |
| | **[OUTDOOR CAMERA USER GUIDE]** |
| |  |
| | [Link: https://service.somfy.com/downloads/fr_v5/noticesomfy_outdoor_camera_-_2021.pdf, P. 4] |

6

U.S. Patent No. 7,974,260

| Claim 1 | |
|---|---|
| | **[SOMFY PROTECT FAQ]**<br><br>*"Somfy outdoor camera"*<br><br>**Wireless connection**<br><br>• Europe and Canada: Wi-Fi 802.11b/g/n, 2.4 GHz<br>• Compatible with WPA and WPA2 encryption<br>• Bluetooth 4.0 for installation<br><br>[Link: https://support.somfyprotect.com/hc/en-us/articles/360001333669-Somfy-Outdoor-Camera] |
| a processor; | Somfy Outdoor Camera includes a processor.<br><br>**[SOMFY PROTECT FAQ]**<br><br>*"Somfy outdoor camera"*<br><br>**Wireless connection**<br><br>• Europe and Canada: Wi-Fi 802.11b/g/n, 2.4 GHz<br>• Compatible with WPA and WPA2 encryption<br>• Bluetooth 4.0 for installation<br><br>[Link: https://support.somfyprotect.com/hc/en-us/articles/360001333669-Somfy-Outdoor-Camera] |
| a non-transitory computer- | Somfy Outdoor Camera performs a non-transitory computer-readable medium including computer-executable instructions stored thereon that, if executed by the processor, cause the processor to: define a data sequence, the data sequence including a header portion and a payload portion. |

7

U.S. Patent No. 7,974,260

| Claim 1 | |
|---|---|
| readable medium including computer-executable instructions stored thereon that, if executed by the processor, cause the processor to: define a data sequence, the data sequence including a header portion and a payload portion, | The Somfy Outdoor Camera includes a computer readable-medium that causes the processor to define a data sequence (e.g., a Protocol Data Unit (PDU)) including a header portion and a payload portion.<br><br>## 2.3 ADVERTISING CHANNEL PDU<br><br>The advertising channel PDU has a 16-bit header and a variable size payload. Its format is as shown in Figure 2.2. The 16 bit Header field of the advertising channel PDU is as shown in Figure 2.3.<br><br>LSB ... MSB<br><br>Header (16 bits) — Payload (as per the Length field in the Header)<br><br>*Figure 2.2 Advertising channel PDU*<br><br>[Bluetooth Core Specification v4.0, Vol. 6, P. 37] |
| wherein the header portion includes an address code of a second device and the payload portion includes timing control information for | Somfy Outdoor Camera includes wherein the header portion includes an address code of a second device and the payload portion includes timing control information for communicating packets between devices in a communication network wherein the timing control information defines when the second device communicates.<br><br>The header portion includes an address code of a second device (e.g., in the RxAdd field of the Header). |

U.S. Patent No. 7,974,260

| Claim 1 | |
|---|---|
| communicating packets between devices in a communication network wherein the timing control information defines when the second device communicates, | 

*Figure 2.3: Advertising channel PDU Header*

The PDU Type field of the advertising channel PDU that is contained in the header indicates the PDU type as defined in Table 2.1.

The TxAdd and RxAdd fields of the advertising channel PDU that are contained in the header contain information specific to the PDU type  defined for each advertising channel PDU separately. If the TxAdd or RxAdd fields are not defined as used in a given PDU then they shall be considered Reserved for Future Use.

[Bluetooth Core Specification v4.0, Vol. 6, P. 38]

The payload portion includes timing control information (e.g., WinSize, WinOffset, Interval, Latency, Timeout) for communicating packets between devise in a communication network wherein the timing control information defines when the second device communicates.

2.3.3.1 CONNECT_REQ

The CONNECT_REQ PDU has the Payload as shown in Figure 2.10. TxAdd in the Flags field indicates whether the initiator's device address in the InitA field is public (TxAdd = 0) or random (TxAdd = 1). The RxAdd in the Flags field indicates whether the advertiser's device address in the AdvA field is public (RxAdd = 0) or random (RxAdd = 1).



*Figure 2.10  CONNECT_REQ PDU payload*

The format of the LLData field is shown in Figure 2.11. |

9

**Claim 1**

| | |
|---|---|
| | **LLData** |



| AA (4 octets) | CRCInit (3 octets) | WinSize (1 octet) | WinOffset (2 octets) | Interval (2 octets) | Latency (2 octets) | Timeout (2 octets) | ChM (5 octets) | Hop (5 bits) | SCA (3 bits) |
|---|---|---|---|---|---|---|---|---|---|

*Figure 2.11: LLData field structure in CONNECT_REQ PDU's payload*

The Payload field consists of InitA, AdvA and LLData fields. The InitA field shall contain the Initiator's public or random device address as indicated by TxAdd. The AdvA field shall contain the advertiser's public or random device address as indicated by RxAdd.

The LLData consists of 10 fields:

- The AA field shall contain the Link Layer connection's Access Address determined by the Link Layer following the rules specified in Section 2.1.2.

- The CRCInit field shall contain the initialization value for the CRC calculation for the Link Layer connection, as defined in Section 3.1.1. It shall be a random value, generated by the Link Layer.

- The WinSize field shall be set to indicate the *transmitWindowSize* value, as defined in Section 4.5.3 in the following manner: *transmitWindowSize* = Win-Size * 1.25 ms.

- The WinOffset field shall be set to indicate the *transmitWindowOffset* value, as defined in Section 4.5.3 in the following manner: *transmitWindowOffset* = WinOffset * 1.25 ms.

- The Interval field shall be set to indicate the *connInterval* as defined in Section 4.5.1 in the following manner: *connInterval* = Interval * 1.25 ms.

- The Latency field shall be set to indicate the *connSlaveLatency* value, as defined in Section 4.5.1 in the following manner: *connSlaveLatency* = Latency.

- The Timeout field shall be set to indicate the *connSupervisionTimeout* value, as defined in Section 4.5.2, in the following manner: *connSupervisionTimeout* = Timeout * 10 ms.

[Bluetooth Core Specification v4.0, Vol. 6, P. 37- 38]

| wherein the address code is a first active | Somfy Outdoor Camera includes wherein the address code is a first active member address of the second device.<br><br>The address code (e.g., RxAdd) is a first active member address of the second device. |
|---|---|

U.S. Patent No. 7,974,260

| Claim 1 | |
|---|---|
| member address of the second device, and | **2.3.3.1 CONNECT_REQ**<br><br>The CONNECT_REQ PDU has the Payload as shown in Figure 2.10. TxAdd in the Flags field indicates whether the initiator's device address in the InitA field is public (TxAdd = 0) or random (TxAdd = 1). The RxAdd in the Flags field indicates whether the advertiser's device address in the AdvA field is public (RxAdd = 0) or random (RxAdd = 1).<br><br>**Payload**<br><br>InitA (6 octets) \| AdvA (6 octets) \| LLData (22 octets)<br><br>*Figure 2.10  CONNECT_REQ PDU payload*<br><br>The format of the LLData field is shown in Figure 2.11.<br><br>[Bluetooth Core Specification v4.0, Vol. 6, P. 37] |
| wherein the first active member address and a second active member address are assigned to the second device; and | Somfy Outdoor Camera includes wherein the first active member address and a second active member address are assigned to the second device.<br><br>The first active member address and a second active member address is assigned to the second device.<br><br>**2.3.3.1 CONNECT_REQ**<br><br>The CONNECT_REQ PDU has the Payload as shown in Figure 2.10. TxAdd in the Flags field indicates whether the initiator's device address in the InitA field is public (TxAdd = 0) or random (TxAdd = 1). The RxAdd in the Flags field indicates whether the advertiser's device address in the AdvA field is public (RxAdd = 0) or random (RxAdd = 1).<br><br>**Payload**<br><br>InitA (6 octets) \| AdvA (6 octets) \| LLData (22 octets)<br><br>*Figure 2.10  CONNECT_REQ PDU payload*<br><br>The format of the LLData field is shown in Figure 2.11.<br><br>[Bluetooth Core Specification v4.0, Vol. 6, P. 37] |

11

U.S. Patent No. 7,974,260

| Claim 1 | |
|---|---|
| an antenna configured to transmit the defined data sequence in a data communication packet to the second device in a time defined contact slot. | The Payload field consists of InitA, AdvA and LLData fields. The InitA field shall contain the Initiator's public or random device address as indicated by TxAdd. The AdvA field shall contain the advertiser's public or random device address as indicated by RxAdd. |
| | [Bluetooth Core Specification v4.0, Vol. 6, P. 37- 38] |
| | Somfy Outdoor Camera includes an antenna configured to transmit the defined data sequence in a data communication packet to the second device in a time defined contact slot. |
| | The Somfy Outdoor Camera includes an antenna configured to transmit the defined data sequence in a data communication packet (e.g., a Connect_Req PDU) to the second device in a time defined contact slot. |
| | [SOMFY PROTECT FAQ] |
| | "Somfy outdoor camera" |
| | **Wireless connection** |
| | • Europe and Canada: Wi-Fi 802.11 b/g/n, 2.4 GHz |
| | • Compatible with WPA and WPA2 encryption |
| | • Bluetooth 4.0 for installation |
| | [Link: https://support.somfyprotect.com/hc/en-us/articles/360001333669-Somfy-Outdoor-Camera] |

12