IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 9:23-CV-81528-ROSENBERG/Reinhart

IOT INNOVATIONS LLC,

    Plaintiff,

v.

SOMFY SYSTEMS INC.,

    Defendant.

**JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Plaintiff IOT INNOVATIONS LLC and Defendant SOMFY SYSTEMS INC. (collectively, the "Parties") hereby move jointly for entry of the attached Protective Order

Dated: <u>April 4, 2024</u>   Respectfully submitted,

By: <u>/s/ Brian R. Gilchrist, Esq.</u>

Brian R. Gilchrist, Esq., FL Bar #774065
Email: bgilchrist@allendyer.com
**ALLEN, DYER, DOPPELT + GILCHRIST, PA**
255 South Orange Avenue, Suite 1401
Orlando, Florida 32801
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

James F. McDonough, III (GA 117088) *
**ROZIER HARDT MCDONOUGH, PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

*Attorneys for Plaintiff IOT INNOVATIONS LLC*

\* Admitted *pro hac vice*

Dated: April 4, 2024    Respectfully submitted,

/s/ *Monica McNulty Kovecses*#

Monica McNulty Kovecses
Florida Bar Number: 105382
Email: monica.kovecses@akerman.com
Secondary: danielle.campbell@akerman.com
**AKERMAN LLP**
420 South Orange Avenue, Suite 1200
Orlando, Florida 32801-4904
Telephone: (407) 423-4000
Facsimile: (407) 843-6610

- and -

Michael R. Casey (*Pro Hac Vice*)
Sid V. Pandit (*Pro Hac Vice*)
Email: mrc@maierandmaier.com
Email: svp@maierandmaier.com
Secondary: mmpatlit@maierandmaier.com
**MAIER & MAIER**
345 South Patrick Street
Alexandria, Virgina 22314
Telephone: (703) 740-8322
Facsimile: (703) 991-7071

*Attorneys for Defendant, SOMFY SYSTEMS, INC.*

#e-signed with express permission

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service.

Dated: April 4, 2024

By: /s/ Brian R. Gilchrist, Esq.
Brian R. Gilchrist